**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Integrated Marketing Technology, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **68-0307864** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2269 Chestnut Street, #992**<br>**San Francisco, CA 94123**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Francisco**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **imtnetwork.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

| Debtor | **Integrated Marketing Technology, Inc.** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

�■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  6, 2022**
              MM / DD / YYYY

**X  /s/ James Tucker**                                    **James Tucker**
Signature of authorized representative of debtor           Printed name

Title   **CEO**

---

**18. Signature of attorney**

**X  /s/ Gina R. Klump**                          Date  **October  6, 2022**
Signature of attorney for debtor                        MM / DD / YYYY

**Gina R. Klump**
Printed name

**Law Office of Gina R. Klump**
Firm name

**30 5th Street, Suite 200**
**Petaluma, CA 94952**
Number, Street, City, State & ZIP Code

Contact phone   **707-778-0111**      Email address   **klumplaw@gmail.com**

**257753 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Integrated Marketing Technology, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*  _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 6, 2022**     *X* **/s/ James Tucker**
                                          Signature of individual signing on behalf of debtor

                                          **James Tucker**
                                          Printed name

                                          **CEO**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Integrated Marketing Technology, Inc.** |
|---|---|
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Association of National Advertisers Accounting Dept. 10 Grand Central New York, NY 10017** | | **Business Debt** | | | | **$3,600.00** |
| **Association of National Advertisers - Privacy - Attn Diana Mercado 155 East 44th Street New York, NY 10017** | | **Software** | | | | **$700.00** |
| **Caren Tache 137 Lake Street Middleton, MA 01949** | | **Unpaid salary** | | | | **$2,610.00** |
| **Caren Tache 137 Lake Street Middleton, MA 01949** | | **Unpaid retirement contributions** | | | | **$6,416.70** |
| **GoTo Technologies USA, Inc. P.O. Box 50264 Los Angeles, CA 90074-0264** | | **Business Debt** | | | | **$2,205.00** |
| **James Tucker 427 Village Green Blvd., Apt. 205 Ann Arbor, MI 48105** | | **Unpaid salary** | | | | **$10,260.00** |
| **James Tucker 427 Village Green Blvd., Apt. 205 Ann Arbor, MI 48105** | | **Unpaid retirement contributions** | | | | **$10,125.09** |

Case: 22-30537  Doc# 1  Filed: 10/06/22  Entered: 10/06/22 14:06:27  Page 7 of 64

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| John Klingel Riverwoods 29 Old Town Crossing Mount Kisco, NY 10549 | | Business Debt - former director | | | | $106,510.00 |
| Sandy Dotson 1 Pine Avenue Belvedere Tiburon, CA 94920 | | Former director - disputed claim for accrued vacation | Unliquidated Disputed | | | $300,000.00 |
| Serena Mariotti-Rizzo 1318 Shrader Street San Francisco, CA 94117 | | Unpaid retirement contributions | | | | $3,385.75 |
| Serena Mariotti-Rizzo 1318 Shrader Street San Francisco, CA 94117 | | Unpaid wages | | | | $1,932.92 |
| Therese Lodewick 11 Linebrook Road Topsfield, MA 01983-2000 | | Unpaid wages | | | | $4,345.32 |
| Therese Lodewick 11 Linebrook Road Topsfield, MA 01983-2000 | | Unpaid retirement contributions | | | | $5,156.16 |
| Thomas Lodewick 11 Linebrook Road Topsfield, MA 01983 | | Unpaid Salary | | | | $7,952.31 |
| Thomas Lodewick 11 Linebrook Road Topsfield, MA 01983 | | Unpaid retirement contributions | | | | $5,125.02 |

Case: 22-30537   Doc# 1   Filed: 10/06/22   Entered: 10/06/22 14:06:27   Page 8 of 64

**Fill in this information to identify the case:**

Debtor name    **Integrated Marketing Technology, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
     amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*............................................................................    $      **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.........................................................................    $      **232,681.93**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...........................................................................    $      **232,681.93**

---

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $      **57,309.27**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      **413,015.00**

4.   **Total liabilities** .........................................................................................................
    Lines 2 + 3a + 3b                        $      **470,324.27**

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Wells Fargo Bank #3883** | **Checking** | 3883 | **$84,593.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$84,593.00**

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | |
|---|---|
| 7.1.   **Cash - held by Topsfield Crossing** | **$722.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.    **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.    **$722.00**

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

11a. 90 days old or less:

**124,155.93** - **0.00** = .... **$124,155.93**

face amount          doubtful or uncollectible accounts

11b. Over 90 days old:

**10,900.00** - **0.00** =.... **$10,900.00**

face amount          doubtful or uncollectible accounts

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$135,055.93**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                              % of ownership

**Media Works Plus LLC**
**P.O. Box 281**
**Norwalk CT  06854**
**Business is clearing house for billing for**

15.1.  **large client only.  No profit for this entity**   **50%** %                          **$0.00**

**16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.    Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

**$0.00**

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

Case: 22-30537   Doc# 1   Filed: 10/06/22   Entered: 10/06/22 14:06:27   Page 11 of 64

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture **Office Furniture** | **Unknown** | | **$1,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Office Equipment - Computers/Laptops: ThinkPad; T450 (2); Lenovo Think Pad; Thinkpad T480 Lenovo Core i7 with docking station | **Unknown** | | **$2,500.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | **$3,500.00** |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Case: 22-30537   Doc# 1   Filed: 10/06/22   Entered: 10/06/22 14:06:27   Page 12 of 64

| | | | |
|---|---|---|---|
| acreage, factory, warehouse, apartment or office building, if available. | | | |
| 55.1. **Small Office rented at 18 South Main Street, Suite 204, Topsfield, MA  01983** | Lease - 752/month | $0.00 | $0.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | |
|---|---|
| | $0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **imtnetwork.com** **- value from siteprice.org** | Unknown | | $8,701.00 |
| **portablepreferencecenter.com** **- value from siteprice.org** | Unknown | | $110.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | $8,811.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

Case: 22-30537   Doc# 1   Filed: 10/06/22   Entered: 10/06/22 14:06:27   Page 13 of 64

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

�■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
�■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **Potential cause of action/cross complaint against former Director Sandy Dotson**               **Unknown**

| **Nature of claim** | **Breach of Fiduciary Duty** |
|---|---|
| **Amount requested** | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.            **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
�■ No
☐ Yes

Debtor    **Integrated Marketing Technology, Inc.**    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $84,593.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $722.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $135,055.93 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $8,811.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $232,681.93 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $232,681.93 |

Case: 22-30537    Doc# 1    Filed: 10/06/22    Entered: 10/06/22 14:06:27    Page 15 of 64

**Fill in this information to identify the case:**

Debtor name    **Integrated Marketing Technology, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Integrated Marketing Technology, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br> **Caren Tache** <br> **137 Lake Street** <br> **Middleton, MA 01949** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $2,610.00 | $2,610.00 |
| Date or dates debt was incurred <br> **4/22 - 8/22** | Basis for the claim: <br> **Unpaid salary** |  |  |
| Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ☑ No <br> ☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address <br> **Caren Tache** <br> **137 Lake Street** <br> **Middleton, MA 01949** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $6,416.70 | $6,416.70 |
| Date or dates debt was incurred <br> **4/22 - 8/22** | Basis for the claim: <br> **Unpaid retirement contributions** |  |  |
| Last 4 digits of account number <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset? <br> ☑ No <br> ☐ Yes |  |  |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,260.00 | $10,260.00 |
|---|---|---|---|---|

**James Tucker**
**427 Village Green Blvd., Apt. 205**
**Ann Arbor, MI 48105**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/22-8/22**

Basis for the claim:
**Unpaid salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,125.09 | $10,125.09 |
|---|---|---|---|---|

**James Tucker**
**427 Village Green Blvd., Apt. 205**
**Ann Arbor, MI 48105**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/22-8/22**

Basis for the claim:
**Unpaid retirement contributions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,932.92 | $1,932.92 |
|---|---|---|---|---|

**Serena Mariotti-Rizzo**
**1318 Shrader Street**
**San Francisco, CA 94117**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/22 - 8/22**

Basis for the claim:
**Unpaid wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,385.75 | $3,385.75 |
|---|---|---|---|---|

**Serena Mariotti-Rizzo**
**1318 Shrader Street**
**San Francisco, CA 94117**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/22 - 8/22**

Basis for the claim:
**Unpaid retirement contributions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address<br>**Therese Lodewick**<br>**11 Linebrook Road**<br>**Topsfield, MA 01983-2000** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,345.32** | **$4,345.32** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**4/22 - 8/22** | Basis for the claim:<br>**Unpaid wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Therese Lodewick**<br>**11 Linebrook Road**<br>**Topsfield, MA 01983-2000** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,156.16** | **$5,156.16** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**4/22 - 8/22** | Basis for the claim:<br>**Unpaid retirement contributions** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**5**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Thomas Lodewick**<br>**11 Linebrook Road**<br>**Topsfield, MA 01983** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,952.31** | **$7,952.31** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**4/22 - 8/22** | Basis for the claim:<br>**Unpaid Salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Thomas Lodewick**<br>**11 Linebrook Road**<br>**Topsfield, MA 01983** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,125.02** | **$5,125.02** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**4/22 - 8/22** | Basis for the claim:<br>**Unpaid retirement contributions** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**5**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Case: 22-30537   Doc# 1   Filed: 10/06/22   Entered: 10/06/22 14:06:27   Page 19 of 64

| Debtor | **Integrated Marketing Technology, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**Association of National Advertisers**
**Accounting Dept.**
**10 Grand Central**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/8 - 2022**

**Basis for the claim:** **Business Debt**

Last 4 digits of account number **3317**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Association of National Advertisers -**
**Privacy - Attn Diana Mercado**
**155 East 44th Street**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:** **Software**

Last 4 digits of account
number **Integrated Marketing**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,205.00 |
|---|---|---|---|

**GoTo Technologies USA, Inc.**
**P.O. Box 50264**
**Los Angeles, CA 90074-0264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-2022**

**Basis for the claim:** **Business Debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,510.00 |
|---|---|---|---|

**John Klingel**
**Riverwoods**
**29 Old Town Crossing**
**Mount Kisco, NY 10549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2015**

**Basis for the claim:** **Business Debt - former director**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|---|

**Sandy Dotson**
**1 Pine Avenue**
**Belvedere Tiburon, CA 94920**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

**Basis for the claim:** **Former director - disputed claim for accrued**
**vacation**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 57,309.27 |
| **5b. Total claims from Part 2** | 5b. | + $ | 413,015.00 |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.  $ _____ **470,324.27**

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Office Lease -**<br>**18 South Main Street,**<br>**Suite 204**<br>**Topsfield, MA 01983** |
| State the term remaining | |
| List the contract number of any government contract | **Topsfield Crossing**<br>**10 South Main Street**<br>**Topsfield, MA 01983** |

Debtor name **Integrated Marketing Technology, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Case: 22-30537    Doc# 1    Filed: 10/06/22    Entered: 10/06/22 14:06:27    Page 23 of 64

Fill in this information to identify the case:

Debtor name  **Integrated Marketing Technology, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $616,245.56 |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | $931,498.70 |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | $1,146,600.81 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | **IRS** | $80,000.00 |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | **PPP Loan - SBA - Forgiven** | $124,192.00 |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | **PPP Loan - SBA - forgiven** | $124,190.00 |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

Case: 22-30537    Doc# 1    Filed: 10/06/22    Entered: 10/06/22 14:06:27    Page 24 of 64

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Anthem Blue Cross** <br> **P.O. Box 51011** <br> **Los Angeles, CA 90051** | **Monthly payments** | **$16,408.97** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other  **health insurance** |
| 3.2. **Acoustic** <br> **P.O. Box 645842** <br> **Pittsburgh, PA 15264-5842** | **monthly** | **$23,008.04** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other  **Tech services** |
| 3.3. **Symbio Systems/Deep Net** <br> **2544 Cleveland Ave., Suite 42** <br> **Santa Rosa, CA 95403** | **monthly payments** | **$19,212.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other  **tech services/support** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address <br> Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

**Part 3:**  **Legal Actions or Assignments**

Case: 22-30537  Doc# 1  Filed: 10/06/22  Entered: 10/06/22 14:06:27  Page 25 of 64

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Sandra Dotson v. Integrated Marketing Technology, et al.<br>CGC-22-601309 | Employment Lawsuit - claimed unpaid vacation; breach of contract | San Francisco County Superior Court<br>400 McAllister Street<br>San Francisco, CA 94102 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**  **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**  **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of Gina R. Klump**<br>**30 5th Street, Suite 200**<br>**Petaluma, CA 94952** | **Attorney Fees** | **9/2022** | **$15,000.00** |
| | **Email or website address**<br>**klumplaw@gmail.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Case: 22-30537   Doc# 1   Filed: 10/06/22   Entered: 10/06/22 14:06:27   Page 28 of 64

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Matt Nadboralski** **Latham Nadboralski & Lin** **1035 Alameda De Las Pulgas** **Belmont, CA 94002** | **2018- present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Case: 22-30537   Doc# 1   Filed: 10/06/22   Entered: 10/06/22 14:06:27   Page 29 of 64

Name and address

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Tucker | 427 Village Green Blvd., Apt. 205 Ann Arbor, MI 48105 | President and CEO | 55% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Thomas Lodewick | 11 Linebrook Road Topsfield, MA 01983 | Director | 16% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Sandy Dotson | 1 Pine Ave. Belvedere Tiburon, CA 94920 | COO | September 2004 - April 2022 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | James Tucker 427 Village Green Blvd., Apt. 205 Ann Arbor, MI 48105 | Total: $170,430 Salary Total: $6,551.37 Expenses | 10/21; 11/21; 12/21; 1/22; 2/22; 3/22; 4/22; 5/22; 6/22; 7/22; 8/22; 9/22 | Monthly Salary; Expenses |
| | Relationship to debtor President/CEO | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Thomas Lodewick 11 Linebrook Road Topsfield, MA 01983** | **Salary: $132,097.18** **Expenses: $152.27** | **10/21 ; 11/21; 12/21; 1/22; 2/22; 3/22; 4/22; 5/22; 6/22; 7/22; 8/22; 9/22** | **Salary, Expense Reimbursement** |
| **Relationship to debtor Director** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  6, 2022**

**/s/ James Tucker**                                              **James Tucker**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Northern District of California

In re **Integrated Marketing Technology, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Doug Newton**<br>**344 South Avenue**<br>**New Canaan, CT 06840** | | **2000** | **non voting** |
| **Gregg Williams**<br>**2438 Queen Anne Ave. N**<br>**Seattle, WA 98109** | | **11824** | **non voting** |
| **James Tucker**<br>**427 Village Green Blvd., Apt. 205**<br>**Ann Arbor, MI 48105** | | **232,202** | **non voting  - Voting = 4,000** |
| **John Klingel**<br>**Riverwoods**<br>**29 Old Town Crossing**<br>**Mount Kisco, NY 10549** | | **2,800** | **non voting / voting = 2,750** |
| **Mace Wolf**<br>**802 Wendt Terrace**<br>**Laguna Beach, CA 92651** | | **8,324** | **non voting** |
| **Randy Robertson**<br>**45 Quail Court, Suite 206**<br>**Walnut Creek, CA 94596** | | **1,000** | **non voting** |
| **Sandy Dotson**<br>**1 Pine Avenue**<br>**Belvedere Tiburon, CA 94920** | | **72,431** | **non voting** |
| **Serena Mariotti-Rizzo**<br>**1318 Shrader Street**<br>**San Francisco, CA 94117** | | **5,602** | **non voting** |
| **Therese Lodewick**<br>**11 Linebrook Road**<br>**Topsfield, MA 01983-2000** | | **20,741** | **non voting** |
| **Thomas Lodewick**<br>**11 Linebrook Road**<br>**Topsfield, MA 01983** | | **69,242** | **non voting** |

Sheet 1 of 2 in List of Equity Security Holders

In re: **Integrated Marketing Technology, Inc.** _____ Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| | | | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

      I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October  6, 2022** _____      Signature   **/s/ James Tucker** _____

                                                            **James Tucker**

<em>Penalty for making a false statement of concealing property:</em> Fine of up to $500,000 or imprisonment for up to 5 years or both.<br>18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

**Integrated Marketing Technology, Inc.**

_____ Debtor(s).          /

<u>CREDITOR MATRIX COVER SHEET</u>

I declare that the attached Creditor Mailing Matrix, consisting of _**2**_ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **October  6, 2022**

**/s/ Gina R. Klump**
_____
Signature of Debtor's Attorney or Pro Per Debtor

Association of National Advertisers
Accounting Dept.
10 Grand Central
New York, NY 10017


Association of National Advertisers -
Privacy - Attn Diana Mercado
155 East 44th Street
New York, NY 10017


Caren Tache
137 Lake Street
Middleton, MA 01949


GoTo Technologies USA, Inc.
P.O. Box 50264
Los Angeles, CA 90074-0264


James Tucker
427 Village Green Blvd., Apt. 205
Ann Arbor, MI 48105


John Klingel
Riverwoods
29 Old Town Crossing
Mount Kisco, NY 10549


Sandy Dotson
1 Pine Avenue
Belvedere Tiburon, CA 94920


Serena Mariotti-Rizzo
1318 Shrader Street
San Francisco, CA 94117

```
Therese Lodewick
11 Linebrook Road
Topsfield, MA 01983-2000


Thomas Lodewick
11 Linebrook Road
Topsfield, MA 01983


Topsfield Crossing
10 South Main Street
Topsfield, MA 01983
```

# United States Bankruptcy Court
## Northern District of California

In re   **Integrated Marketing Technology, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Integrated Marketing Technology, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  6, 2022**
_____
Date

/s/ Gina R. Klump
_____
**Gina R. Klump**
Signature of Attorney or Litigant
Counsel for   **Integrated Marketing Technology, Inc.**
**Law Office of Gina R. Klump**
**30 5th Street, Suite 200**
**Petaluma, CA 94952**
**707-778-0111 Fax:707-339-8017**
**klumplaw@gmail.com**

# Integrated Marketing Technology, Inc.
## Profit & Loss
### January 1 through September 7, 2022

| | Jan 1 - Sep 7, 22 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4000 · Revenue** | |
| **4400 · ASP** | |
| 4420 · ASP Fees Reporting | 137,600.00 |
| **Total 4400 · ASP** | 137,600.00 |
| **4600 · Services** | |
| 4630 · 3rd Party/NCOA | 134,134.26 |
| 4610 · Selections Requests | 20,450.00 |
| 4600 · Services - Other | 196,305.37 |
| **Total 4600 · Services** | 350,889.63 |
| **Total 4000 · Revenue** | 488,489.63 |
| **Total Income** | 488,489.63 |
| **Gross Profit** | 488,489.63 |
| **Expense** | |
| 66900 · Reconciliation Discrepancies | -29.98 |
| **5000 · Employee & Equivalent Expenses** | |
| 5100 · Salary Wages | 296,825.78 |
| **5300 · Payroll Taxes** | |
| 5310 · FICA | 17,757.08 |
| 5320 · Medicare | 4,158.65 |
| 5330 · FUTA | 252.02 |
| 5340 · SIT/SDI/SUI-All States | 2,014.24 |
| **Total 5300 · Payroll Taxes** | 24,181.99 |
| **5400 · Employee Benefits** | |
| 5470 · HSA Contributions made by IMT | 1,050.00 |
| 5460 · Group Term Life Insurance | 376.52 |
| 5450 · Workers Compensation | 347.75 |
| 5410 · Health Insurance | 34,029.31 |
| 5420 · Dental Insurance | 5,192.26 |
| 5430 · Pension | 195.96 |
| 5440 · Disability Insurance | 935.57 |
| **Total 5400 · Employee Benefits** | 42,127.37 |
| **5600 · Travel & Entertainment** | |
| 5610 · Travel | 63.37 |
| 5620 · Meals | 242.43 |
| **Total 5600 · Travel & Entertainment** | 305.80 |
| **Total 5000 · Employee & Equivalent Expen...** | 363,440.94 |
| **6000 · Computer & Technical Services** | |
| 6300 · Server Connections | 14,727.31 |
| 6500 · Software Devlop. & Mgt. License | 12,322.64 |
| 6600 · Technical Consultants | 40,852.00 |
| **Total 6000 · Computer & Technical Services** | 67,901.95 |
| **7000 · Selling, General & Admin. Exp.** | |
| **7100 · Marketing Expense** | |
| 7160 · Outside Service | 17,625.66 |
| **Total 7100 · Marketing Expense** | 17,625.66 |
| **7300 · Finance & Accounting** | |
| 7310 · Accounting & Tax | 4,942.50 |
| **Total 7300 · Finance & Accounting** | 4,942.50 |
| 7400 · Legal/Professional | 560.00 |

Case: 22-30537    Doc# 1    Filed: 10/06/22    Entered: 10/06/22 14:06:27    Page 38 of 64

# Integrated Marketing Technology, Inc.
## Profit & Loss
### January 1 through September 7, 2022

|  | Jan 1 - Sep 7, 22 |
|---|---|
| **7500 · Administrative** | |
| **7520 · Personnel** | |
| 7522 · Recruiting | 799.92 |
| 7525 · Payroll Processing Fees | 3,150.44 |
| 7526 · Dues & Conferences | 250.00 |
| **Total 7520 · Personnel** | 4,200.36 |
| **7530 · Telephone** | 5,917.24 |
| **7540 · Facility Costs** | |
| 7542 · Rent | 8,026.00 |
| 7544 · Gas & Electric | 532.74 |
| **Total 7540 · Facility Costs** | 8,558.74 |
| **7560 · Office Expenses** | |
| 7562 · Supplies | 262.05 |
| 7565 · Postage & Delivery | 1,223.60 |
| 7560 · Office Expenses - Other | 746.24 |
| **Total 7560 · Office Expenses** | 2,231.89 |
| **Total 7500 · Administrative** | 20,908.23 |
| **7700 · Miscellaneous** | |
| 7730 · Business Insurance | 7,491.76 |
| **Total 7700 · Miscellaneous** | 7,491.76 |
| **Total 7000 · Selling, General & Admin. Exp.** | 51,528.15 |
| **Total Expense** | 482,841.06 |
| **Net Ordinary Income** | 5,648.57 |
| **Other Income/Expense** | |
| **Other Income** | |
| **8000 · Interest & Other Income** | |
| 8030 · Other Income | 80,095.50 |
| **Total 8000 · Interest & Other Income** | 80,095.50 |
| **Total Other Income** | 80,095.50 |
| **Other Expense** | |
| **9000 · Taxes & Other Expenses** | |
| **9100 · Taxes** | |
| 9120 · StateTaxes | 1,624.87 |
| **Total 9100 · Taxes** | 1,624.87 |
| **Total 9000 · Taxes & Other Expenses** | 1,624.87 |
| **Total Other Expense** | 1,624.87 |
| **Net Other Income** | 78,470.63 |
| **Net Income** | **84,119.20** |

Case: 22-30537   Doc# 1   Filed: 10/06/22   Entered: 10/06/22 14:06:27   Page 39 of 64

# Integrated Marketing Technology, Inc.
## Balance Sheet
### As of September 7, 2022

| | Sep 7, 22 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1100 · Checking | 71,501.93 |
| 1101 · Petty Cash | 115.00 |
| 1103 · Wells Fargo Bank-Payroll | 48,167.07 |
| **Total Checking/Savings** | 119,784.00 |
| | |
| **Other Current Assets** | |
| 1202 · Subscription Partners LLC | |
| 1207 · Subscription Partners LLC-... | 265,706.00 |
| **Total 1202 · Subscription Partners L...** | 265,706.00 |
| **Total Other Current Assets** | 265,706.00 |
| **Total Current Assets** | 385,490.00 |
| | |
| **Fixed Assets** | |
| 1400 · Fixed Assets | |
| 1420 · Accumulated Depreciation | -206,942.79 |
| 1400 · Fixed Assets - Other | 154,546.59 |
| **Total 1400 · Fixed Assets** | -52,396.20 |
| **Total Fixed Assets** | -52,396.20 |
| | |
| **Other Assets** | |
| 1345 · Loan Receivable-Subscription | 24,415.55 |
| 1340 · Receivable Class B Stock | |
| 3148 · Loan Receivable - Sandy | 6,943.10 |
| 1343 · Loan Receivable - Tom | 5,875.00 |
| 3146 · Loan Receivable - Jim/@$.11 | 20,735.00 |
| 1344 · Loan Receivable - Jim | 7,128.00 |
| 1342 · Loan Receivable -Therese | 1,752.00 |
| **Total 1340 · Receivable Class B Stock** | 42,433.10 |
| | |
| 1300 · Prepaid Expenses | |
| 1330 · Legal Fees | 26,558.00 |
| **Total 1300 · Prepaid Expenses** | 26,558.00 |
| | |
| 1350 · Security Deposit | -1,450.00 |
| 1351 · Security Deposit-Topsfield | 1,437.00 |
| 1450 · Organizational Cost | 1,200.00 |
| 1460 · Amortization of Org. Cost | -1,200.00 |
| **Total Other Assets** | 93,393.65 |
| **TOTAL ASSETS** | **426,487.45** |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | 26,594.32 |
| **Total Accounts Payable** | 26,594.32 |
| | |
| **Other Current Liabilities** | |
| 2056 · SBA PPP Loan | 248,382.00 |
| 2100 · Payroll Liabilities | |
| 2110 · Federal P/R Taxes Payable | 6,735.19 |
| 2145 · SARSEP Payable | 1,179.34 |
| 2165 · State  P/R Taxes Payable | 733.51 |
| 2100 · Payroll Liabilities - Other | -5,787.12 |
| **Total 2100 · Payroll Liabilities** | 2,860.92 |

Case: 22-30537   Doc# 1   Filed: 10/06/22   Entered: 10/06/22 14:06:27   Page 40 of 64

# Integrated Marketing Technology, Inc.
## Balance Sheet
### As of September 7, 2022

|  | Sep 7, 22 |
|---|---|
| **Total Other Current Liabilities** | 251,242.92 |
| **Total Current Liabilities** | 277,837.24 |
| **Long Term Liabilities** | |
| 2054 · Payable-Leaf Capital Funding | -263.56 |
| 2055 · Payable-Leaf Capital Funding-2 | -834.20 |
| 2300 · Loan Payable | |
| 2347 · Subcription Partners LLC-LP | -56,635.66 |
| 2330 · John Klingel | 124,367.04 |
| **Total 2300 · Loan Payable** | 67,731.38 |
| **Total Long Term Liabilities** | 66,633.62 |
| **Total Liabilities** | 344,470.86 |
| **Equity** | |
| 3100 · Class B Stock | |
| 3107 · Class B - Russell/3000shs@$... | 300.00 |
| 3109 · Class B - Randy/3000shs@$.10 | 300.00 |
| 3108 · Class B - Sandy/67750shs@$... | 6,943.10 |
| 3106 · Class B - Jim/188500shs@$.11 | 20,735.00 |
| 3105 · Class B Loan Jim | 7,628.00 |
| 3104 · Class B Loan Therese | 2,252.00 |
| 3103 · Class B - Tom/58750shs@$.10 | 5,875.00 |
| 3101 · Class B Stock (150 shs. issue... | 575.00 |
| 3102 · Class B - Gregg Williams | 5,442.00 |
| **Total 3100 · Class B Stock** | 50,050.10 |
| 3000 · Opening Bal Equity | 1,074.66 |
| 3110 · Equity-Mace Wolfe | 4,786.00 |
| 3111 · Equity-Therese Lodewick | 94.00 |
| 3112 · Equity-Gregg Williams | 30.00 |
| 3900 · Retained Earnings | -58,137.37 |
| Net Income | 84,119.20 |
| **Total Equity** | 82,016.59 |
| **TOTAL LIABILITIES & EQUITY** | 426,487.45 |

Case: 22-30537   Doc# 1   Filed: 10/06/22   Entered: 10/06/22 14:06:27   Page 41 of 64

Form **1120**

Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2020 or tax year beginning _____ , 2020, ending _____ , _____

► Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2020**

**A** Check if:

**1a** Consolidated return (attach Form 851) . . . ☐
**b** Life/nonlife consoli-dated return . . . ☐
**2** Personal holding co. (attach Sch. PH) . . ☐
**3** Personal service corp. (see instrs) . . . ☒

TYPE OR PRINT

INTEGRATED MARKETING TECHNOLOGY, INC.
2269 CHESTNUT STREET 992
SAN FRANCISCO, CA 94123

**B** Employer identification number

68-0307864

**C** Date incorporated

7/12/1993

**D** Total assets (see instructions)

$ 280,997.

**4** Schedule M-3 attached ☐    **E** Check if: **(1)** ☐ Initial return   **(2)** ☐ Final return   **(3)** ☐ Name change   **(4)** ☐ Address change

| | | | | |
|---|---|---|---:|---:|
| **I N C O M E** | **1a** Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1a** | 1,146,601. | |
| | **b** Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . . | | **1c** | 1,146,601. |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . | | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . | | **3** | 1,146,601. |
| | **4** Dividends and inclusions (Schedule C, line 23) . . . . . . . . . . . . . . . . . . | | **4** | |
| | **5** Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **5** | |
| | **6** Gross rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **6** | |
| | **7** Gross royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **7** | |
| | **8** Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . . . . . . | | **8** | |
| | **9** Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . | | **9** | |
| | **10** Other income (see instructions — attach statement) . . . . . . . . . . . . . . . | | **10** | |
| | **11** **Total income.** Add lines 3 through 10. . . . . . . . . . . . . . . . . . . . ► | | **11** | 1,146,601. |

| | | | |
|---|---|---|---:|
| **D E D U C T I O N S** (See instructions for limitations on deductions) | **12** Compensation of officers (see instructions — attach Form 1125-E) . . . . . . . . . | **12** | |
| | **13** Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . | **13** | 630,951. |
| | **14** Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | |
| | **15** Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | |
| | **16** Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | 8,851. |
| | **17** Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | 47,350. |
| | **18** Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| | **19** Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | |
| | **20** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **20** | |
| | **21** Depletion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **21** | |
| | **22** Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **22** | |
| | **23** Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . . . | **23** | |
| | **24** Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . | **24** | 35,157. |
| | **25** Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . | **25** | |
| | **26** Other deductions (attach statement) . . . . . . . . . . . SEE STATEMENT 1 | **26** | 661,827. |
| | **27** **Total deductions.** Add lines 12 through 26 . . . . . . . . . . . . . . . . ► | **27** | 1,384,136. |
| | **28** Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 . . . | **28** | -237,535. |

| | | | | |
|---|---|---|---:|---:|
| | **29a** Net operating loss deduction (see instructions) . . . . . . . . SEE ST 2 | **29a** | 0. | |
| | **b** Special deductions (Schedule C, line 24) . . . . . . . . . . . . . . . . . | **29b** | | |
| | **c** Add lines 29a and 29b . . . . . . . . . . . . . . . . . . . . . . . . . | | **29c** | |

| | | | |
|---|---|---|---:|
| **TAX, REFUNDABLE CREDITS, AND PAYMENTS** | **30** **Taxable income.** Subtract line 29c from line 28. See instructions . . . . . . . . | **30** | -237,535. |
| | **31** Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . . . . . . . . . | **31** | 0. |
| | **32** 2020 net 965 tax liability paid (Schedule J, Part II, line 12) . . . . . . . . . . | **32** | |
| | **33** Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) . . | **33** | 0. |
| | **34** Estimated tax penalty. See instructions. Check if Form 2220 is attached . . . . . . ► ☐ | **34** | |
| | **35** **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed . . | **35** | 0. |
| | **36** **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid . . | **36** | |
| | **37** Enter amount from line 36 you want: **Credited to 2021 estimated tax** . . . . ►    **Refunded** ► | **37** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer     Date     ► SHAREHOLDER/OFFICER
                             Title

May the IRS discuss this return with the preparer shown below? See instructions.
☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed   PTIN |
| MATTHEW M. NADBORALSKI | MATTHEW M. NADBORALSKI | | P01443676 |
| Firm's name ► LATHAM NADBORALSKI & LIN | | | Firm's EIN ► 46-4594968 |
| Firm's address ► 1035 ALAMEDA DE LAS PULGAS BELMONT, CA 94002 | | | Phone no. 650-592-6400 |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120** (2020)

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) Percentage | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . . . . . . | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . . . . . . | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . . . . | | | |
| 15 | Section 965(a) inclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | See instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 24 | **Total special deductions.** Add column (c) lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . . . . . . . . . . | | | |

Case: 22-30537   Doc# 1   Filed: 10/06/22   Entered: 10/06/22 14:06:27   Page 43 of 64

| Schedule J | Tax Computation and Payment (see instructions) |
|---|---|

**Part I — Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions. . . . ▶ ☐ | | |
| 2 | Income tax. See instructions. | **2** | 0. |
| 3 | Base erosion minimum tax amount (attach Form 8991). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Add lines 2 and 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 0. |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . . . . . . . . . . . | **5a** | |
| b | Credit from Form 8834 (see instructions) . . . . . . . . . . . . . . . . | **5b** | |
| c | General business credit (attach Form 3800). . . . . . . . . . . . . . | **5c** | |
| d | Credit for prior year minimum tax (attach Form 8827) . . . . . . . . . . . . . . . . | **5d** | |
| e | Bond credits from Form 8912 . . . . . . . . . . . . . . . . . . . . . | **5e** | |
| 6 | **Total credits.** Add lines 5a through 5e. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| 7 | Subtract line 6 from line 4. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)). . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| 9a | Recapture of investment credit (attach Form 4255). . . . . . . . . . . | **9a** | |
| b | Recapture of low-income housing credit (attach Form 8611) . . . . . | **9b** | |
| c | Interest due under the look-back method — completed long-term contracts (attach Form 8697) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9c** | |
| d | Interest due under the look-back method — income forecast method (attach Form 8866) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) . . . . . . . . . . | **9e** | |
| f | Interest/tax due under Section 453A(c) and/or Section 453(l) . . . . . . . . . . . . . . . . | **9f** | |
| g | Other (see instructions — attach statement) . . . . . . . . . . . . . . . . | **9g** | |
| 10 | **Total.** Add lines 9a through 9g. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31. . . . . . . . . . . . . . . . . . . . . . . . | **11** | 0. |

**Part II — Section 965 Payments** (see instructions)

| | | | |
|---|---|---|---|
| 12 | 2020 net 965 tax liability paid from Form 965-B, Part II, column (k), line 3. Enter here and on page 1, line 32. | **12** | |

**Part III — Payments and Refundable Credits, and Section 965 Net Tax Liability**

| | | | |
|---|---|---|---|
| 13 | 2019 overpayment credited to 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| 14 | 2020 estimated tax payments. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | |
| 15 | 2020 refund applied for on Form 4466 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Combine lines 13, 14, and 15. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | 0. |
| 17 | Tax deposited with Form 7004. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | |
| 18 | Withholding (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | 0. |
| 20 | Refundable credits from: | | |
| a | Form 2439 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **20a** | |
| b | Form 4136 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **20b** | |
| c | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . | **20c** | |
| d | Other (attach statement — see instructions) . . . . . . . . . . . . . . | **20d** | |
| 21 | **Total credits.** Add lines 20a through 20d . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | 2020 net 965 tax liability from Form 965-B, Part I, column (d), line 4. See instructions . . . . . . . . . . . . . . . . | **22** | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **23** | 0. |

Form **1120** (2020)

| **Schedule K** | **Other Information** (see instructions) | | Yes | No |
|---|---|---|---|---|
| **1** | Check accounting method: **a** ☒ Cash    **b** ☐ Accrual    **c** ☐ Other (specify) ► _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| **2** | See the instructions and enter: | | | |
| **a** | Business activity code no. ► 541519 _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| **b** | Business activity ► CONSULTING _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| **c** | Product or service ► SOFTWARE_DEVELOPMENT _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| **3** | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group?................... | | | X |
| | If "Yes," enter name and EIN of the parent corporation ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| **4** | At the end of the tax year: | | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G)............. | | | X |
| **b** | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G)....... | | X | |
| **5** | At the end of the tax year, did the corporation: | | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions................................................. | | | X |
| | If "Yes," complete (i) through (iv) below. | | | |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. | | | | | X |
| If "Yes," complete (i) through (iv) below. | | | | | |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **6** | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316...................... | | X |
| | If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | |
| **7** | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? For rules of attribution, see section 318. If "Yes," enter: | | X |
| | **(a)** Percentage owned ► _ _ _ _ _ _ _ _    and **(b)** Owner's country ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | **(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ► _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| **8** | Check this box if the corporation issued publicly offered debt instruments with original issue discount................... ► ☐ | | |
| | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **9** | Enter the amount of tax-exempt interest received or accrued during the tax year ► $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ NONE | | |
| **10** | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| **11** | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions)........ ► ☐ | | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| **12** | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.).......................................... ► $                27,074. | | |

Form **1120** (2020)

Case: 22-30537    Doc# 1    Filed: 10/06/22    Entered: 10/06/22 14:06:27    Page 45 of 64

| **Schedule K** | **Other Information** *(continued from page 4)* | **Yes** | **No** |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **13** | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000?............................................................................ | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ _____ | | |
| **14** | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions........... | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| **15a** | Did the corporation make any payments in 2020 that would require it to file Form(s) 1099?................................ | X | |
| **b** | If "Yes," did or will the corporation file required Form(s) 1099?..................................................... | X | |
| **16** | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock?............................................................................................ | | X |
| **17** | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction?........................................ | | X |
| **18** | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million?.................................................................... | | X |
| **19** | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code?..................... | | X |
| **20** | Is the corporation operating on a cooperative basis?................................................................ | | X |
| **21** | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions................................................................................ | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ _____ | | |
| **22** | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)).................................................................................... | | X |
| | If "Yes," complete and attach Form 8991. | | |
| **23** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions.................................................................... | | X |
| **24** | Does the corporation satisfy one or more of the following? See instructions............................................ | | X |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| **25** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?..................................... | | X |
| | If "Yes," enter amount from Form 8996, line 15............. ▶ $ | | |
| **26** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions................................................................ | | X |
| | Percentage: By Vote                                  Percentage: By Value | | |

Form **1120** (2020)

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash............................ | | 1,534. | | 227,273. |
| 2a Trade notes and accounts receivable....... | | | | |
| b Less allowance for bad debts............... | | | | |
| 3 Inventories.................... | | | | |
| 4 U.S. government obligations............ | | | | |
| 5 Tax-exempt securities (see instructions)..... | | | | |
| 6 Other current assets (attach statement) SEE ST 3 | | 389,191. | | 42,433. |
| 7 Loans to shareholders.............. | | | | |
| 8 Mortgage and real estate loans........... | | | | |
| 9 Other investments (attach statement)........... | | | | |
| 10a Buildings and other depreciable assets...... | 59,300. | | 59,300. | |
| b Less accumulated depreciation.......... | 59,299. | 1. | 59,299. | 1. |
| 11a Depletable assets................. | | | | |
| b Less accumulated depletion........ | | | | |
| 12 Land (net of any amortization)............ | | | | |
| 13a Intangible assets (amortization only)......... | 1,200. | | 1,200. | |
| b Less accumulated amortization......... | 1,200. | | 1,200. | |
| 14 Other assets (attach statement) ...... SEE ST 4 | | 3,195. | | 11,290. |
| 15 Total assets.................... | | 393,921. | | 280,997. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable.................. | | 5,529. | | 5,529. |
| 17 Mortgages, notes, bonds payable in less than 1 year ... | | | | |
| 18 Other current liabilities (attach stmt) .. SEE ST 5 | | 131,105. | | 132,230. |
| 19 Loans from shareholders................... | | 124,367. | | 124,367. |
| 20 Mortgages, notes, bonds payable in 1 year or more ..... | | | | |
| 21 Other liabilities (attach statement) .... SEE ST 6 | | -1,098. | | -1,098. |
| 22 Capital stock: a Preferred stock ........... | | | | |
| b Common stock...... | 56,035. | 56,035. | 56,035. | 56,035. |
| 23 Additional paid-in capital.................. | | | | |
| 24 Retained earnings — Approp (att stmt)............. | | | | |
| 25 Retained earnings — Unappropriated........ | | 77,983. | | -36,066. |
| 26 Adjmt to shareholders' equity (att stmt) .............. | | | | |
| 27 Less cost of treasury stock.................. | | | | |
| 28 Total liabilities and shareholders' equity ..... | | 393,921. | | 280,997. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books............... | -114,049. | 7 Income recorded on books this year not included on this return (itemize): | |
| 2 Federal income tax per books............... | | Tax-exempt interest $ | |
| 3 Excess of capital losses over capital gains .. | | SEE STMT 7 _____ 124,190. | |
| 4 Income subject to tax not recorded on books this year (itemize): _____ | | | 124,190. |
| | | 8 Deductions on this return not charged against book income this year (itemize): | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | a Depreciation.. $ _____ | |
| a Depreciation........ $ | | b Charitable contribns $ _____ | |
| b Charitable contributions .. $ _____ | | | |
| c Travel & entertainment .. $ _____ 704. | | | |
| _____ | 704. | 9 Add lines 7 and 8................. | 124,190. |
| 6 Add lines 1 through 5................. | -113,345. | 10 Income (page 1, line 28) — line 6 less line 9 | -237,535. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year............. | 77,983. | 5 Distributions............. a Cash.... | | |
| 2 Net income (loss) per books.............. | -114,049. | b Stock | c Property .. | |
| 3 Other increases (itemize): _____ | | 6 Other decreases (itemize): | | |
| _____ | | 7 Add lines 5 and 6................. | | |
| 4 Add lines 1, 2, and 3................. | -36,066. | 8 Balance at end of year (line 4 less line 7)...... | | -36,066. |

Form **1120** (2020)

**SCHEDULE G**
**(Form 1120)**
(Rev December 2011)

Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

► **Attach to Form 1120.**

► **See instructions.**

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| INTEGRATED MARKETING TECHNOLOGY, INC. | 68-0307864 |

**Part I**  **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a).
Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**  **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b).
Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| JAMES E. TUCKER | 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 | UNITED STATES | 59.00% |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**

CPCA1901L  06/02/11

**Schedule G (Form 1120) (Rev 12-2011)**

**INTEGRATED MARKETING TECHNOLOGY, INC.**      68-0307864

**STATEMENT 1**
**FORM 1120, LINE 26**
**OTHER DEDUCTIONS**

| | |
|---|---:|
| ACCOUNTING | $ 5,620. |
| BANK CHARGES | 265. |
| COMPUTER & TECHNICAL SERVICE | 120,311. |
| INSURANCE | 11,884. |
| MEALS | 705. |
| OFFICE EXPENSE | 5,236. |
| OUTSIDE SERVICES | 149,247. |
| PAYROLL PROCESSING | 3,946. |
| SUBSCRIPTION PARTNERS OPERATIONS | 346,757. |
| SUBSCRIPTIONS | 1,289. |
| SUPPLIES | 2,697. |
| TELEPHONE | 11,972. |
| TRAVEL | 543. |
| UTILITIES | 1,355. |
| TOTAL | $ 661,827. |

**STATEMENT 2**
**FORM 1120, LINE 29A**
**NET OPERATING LOSS DEDUCTION**

| | | | |
|---|---:|---:|---:|
| CARRYOVER GENERATED FROM YEAR END   12/31/15 | | $ 85,234. | |
|    AMOUNT UTILIZED IN 2016 | 50,900. | | |
|    AMOUNT UTILIZED IN 2017 | 15,483. | | |
|    AMOUNT UTILIZED IN 2018 | 3,140. | | |
|    TOTAL UTILIZATION | | $ 69,523. | |
|    AVAILABLE FOR CARRYOVER TO 2020 | | | 15,711. |
| CARRYOVER GENERATED FROM YEAR END   12/31/19 | | $ 11,363. | |
|    AVAILABLE FOR CARRYOVER TO 2020 | | | 11,363. |
| NET OPERATING LOSSES AVAILABLE IN 2020 | | | $ 27,074. |
| TAXABLE INCOME | | | -237,535. |
| TOTAL NET OPERATING LOSS DEDUCTION (LIMITED TO TI) | | | 0. |

**STATEMENT 3**
**FORM 1120, SCHEDULE L, LINE 6**
**OTHER CURRENT ASSETS**

| | BEGINNING | ENDING |
|---|---:|---:|
| RECEIVABLE FROM JIM TUCKER | $ 27,863. | $ 27,863. |
| RECEIVABLE FROM SANDY DOTSON | 6,943. | 6,943. |
| RECEIVABLE FROM SUBSCRIPTION PARTNERS | 24,416. | 0. |
| RECEIVABLE FROM SUBSCRIPTION PARTNERS | 56,636. | 0. |
| RECEIVABLE FROM THERESE | 1,752. | 1,752. |

**STATEMENT 3 (CONTINUED)**
**FORM 1120, SCHEDULE L, LINE 6**
**OTHER CURRENT ASSETS**

|  | BEGINNING | ENDING |
|---|---|---|
| RECEIVABLE FROM TOM LODEWICK | $ 5,875. | $ 5,875. |
| SUBCRIPTION REACTIVATION | 265,706. | 0. |
| TOTAL | $ 389,191. | $ 42,433. |

**STATEMENT 4**
**FORM 1120, SCHEDULE L, LINE 14**
**OTHER ASSETS**

|  | BEGINNING | ENDING |
|---|---|---|
| ROUNDING | $ 0. | $ 1. |
| SECURITY DEPOSIT | 550. | 550. |
| SECURITY DEPOSIT-TOPSFIELD | 2,645. | 10,739. |
| TOTAL | $ 3,195. | $ 11,290. |

**STATEMENT 5**
**FORM 1120, SCHEDULE L, LINE 18**
**OTHER CURRENT LIABILITIES**

|  | BEGINNING | ENDING |
|---|---|---|
| 401K PAYABLE | $ 2,118. | $ 2,118. |
| ACCOUNTS PAYABLE | 130,169. | 130,169. |
| FEDERAL P/R TAXES PAYABLE | 5,763. | 6,735. |
| PAYROLL LIABILITIES | -5,787. | -5,787. |
| STATE P/R TAX LIABILITY | -1,158. | -1,005. |
| TOTAL | $ 131,105. | $ 132,230. |

**STATEMENT 6**
**FORM 1120, SCHEDULE L, LINE 21**
**OTHER LIABILITIES**

|  | BEGINNING | ENDING |
|---|---|---|
| PAYABLE FROM LEAF CAPITAL FUNDING | $ -1,098. | $ -1,098. |
| TOTAL | $ -1,098. | $ -1,098. |

**STATEMENT 7**
**FORM 1120, SCHEDULE M-1, LINE 7**
**BOOK INCOME NOT ON RETURN**

|  |  |
|---|---|
| PAYCHECK PROTECTION PROGRAM LOAN FORGIVEN | $ 124,190. |
| TOTAL | $ 124,190. |

**California Corporation
Franchise or Income Tax Return**

RP

```
1861584    INTE  68-0307864  000000000000  20
TYB  01-01-2020  TYE  12-31-2020
INTEGRATED MARKETING TECHNOLOGY INC

2269 CHESTNUT STREET 992
SAN FRANCISCO      CA  94123
```

---

**Schedule Q Questions** *(continued on Page 2)*

**A**  **FINAL RETURN?**  ● ☐ Dissolved  ☐ Surrendered (withdrawn)  ☐ Merged/Reorganized  ☐ IRC Section 338 sale  ☐ QSub election

Enter date (mm/dd/yyyy) ● ☐

**B 1**  Is income included in a combined report of a unitary group?..................................... ● ☐ Yes  ☒ No

If "Yes," indicate:  ☐ Wholly within CA (R&TC 25101.15)

☐ Within and outside of CA

**2**  Is there a change in the members listed in Schedule R-7 from the prior year?...................... ● ☐ Yes  ☐ No

**3**  Enter the number of members (including parent or key corporation) listed in the Schedule R-7, Part I, Section A, subject to income or franchise tax ........................................................ ● ☐

**4**  Is form FTB 3544 attached to the return?............................................... ● ☐ Yes  ☒ No

**C 1**  During this taxable year, did another person or legal entity acquire control or majority ownership (more than a 50% interest) of this corporation or any of its subsidiaries that owned California real property (i.e., land, buildings), leased such property for a term of 35 years or more, or leased such property from a government agency for any term?....... ● ☐ Yes ☒ No

**2**  During this taxable year, did this corporation or any of its subsidiaries acquire control or majority ownership (more than a 50% interest) in another legal entity that owned California real property (i.e., land, buildings), leased such property for a term of 35 years or more, or leased such property from a government agency for any term?........................ ● ☐ Yes ☒ No

**3**  During this taxable year, has more than 50% of the voting stock of this corporation cumulatively transferred in one or more transactions after an interest in California real property (i.e., land, buildings) was transferred to it that was excluded from property tax reassessment under R&TC Section 62(a)(2) and it was not reported on a previous year's tax return?....................................................... ● ☐ Yes ☒ No
**(Yes requires filing of statement, penalties may apply — see instructions.)**

---

| | | | |
|---|---|---|---:|
| **State Adjustments** | 1 | Net income (loss) before state adjustments. See instructions.................... ● | 1 | −237,535. |
| | 2 | Amount deducted for foreign or domestic tax based on income or profits from Schedule A ..... ● | 2 | 800. |
| | 3 | Amount deducted for tax under the provisions of the Corporation Tax Law from Schedule A .... ● | 3 | |
| | 4 | Interest on government obligations ............................ ● | 4 | |
| | 5 | Net California capital gain from Page 6, Schedule D, line 11................... ● | 5 | |
| | 6 | Depreciation and amortization in excess of amount allowed under California law. Attach form FTB 3885 ............. ● | 6 | |
| | 7 | Net income from corporations not included in federal consolidated return. See instructions..... ● | 7 | |
| | 8 | Other additions. Attach schedule(s)............................ ● | 8 | |
| | 9 | Total. Add line 1 through line 8................................ ● | 9 | −236,735. |

---

CACA0112L  12/23/20   059   3601204

Case: 22-30537   Doc# 1   Filed: 10/06/22   Entered: 10/06/22 14:06:27   Page 51 of 64

INTEGRATED MARKETING TECHNOLOGY, INC.     1861584

| | | | | |
|---|---|---|---|---|
| **State Adjustments Continued** | 10 | Intercompany dividend elimination. Attach Schedule H (100)...... ● | 10 | |
| | 11 | Dividends received deduction. Attach Schedule H (100)........... ● | 11 | |
| | 12 | Additional depreciation allowed under CA law. Attach form FTB 3885......... ● | 12 | |
| | 13 | Capital gain from federal Form 1120, line 8...................... ● | 13 | |
| | 14 | Charitable Contributions................................. ● | 14 | |
| | 15 | Other deductions. Attach schedule(s)........................ ● | 15 | |
| | 16 | Total. Add line 10 through line 15.................................... ● | 16 | |
| | 17 | Net income (loss) after state adjustments. Subtract line 16 from Page 1, line 9......... ● | 17 | −236,735. |
| **CA Net Income** | 18 | Net income (loss) for state purposes. Complete Schedule R if apportioning or allocating income. See instructions....... ● | 18 | −236,735. |
| | 19 | Net operating loss (NOL) deduction. See instructions............. ● | 19 | |
| | 20 | EZ, TTA, or LAMBRA NOL carryover deduction. See instructions................................... ● | 20 | |
| | 21 | Disaster loss deduction. See instructions..................... ● | 21 | |
| | 22 | Net income for tax purposes. Combine line 19 through line 21. Then, subtract from line 18..... ● | 22 | −236,735. |
| **Taxes** | 23 | Tax.  8.84 %  x  line 22 (at least minimum franchise tax, if applicable). See instructions............ ● | 23 | 800. |
| | 24 | Credit name _____ code ● _____ amount.... ▶ | 24 | |
| | 25 | Credit name _____ code ● _____ amount.... ▶ | 25 | |
| | 26 | To claim more than two credits, see instructions................... ● | 26 | |
| | 27 | Add line 24 through line 26........................................ ● | 27 | |
| | 28 | **Balance.** Subtract line 27 from line 23 (at least minimum franchise tax, if applicable).......... ● | 28 | 800. |
| | 29 | Alternative minimum tax. Attach Schedule P (100). See instructions ............ ● | 29 | |
| | 30 | **Total tax.** Add line 28 and line 29................................ ● | 30 | 800. |
| **Payments** | 31 | Overpayment from prior year allowed as a credit ................. ● | 31 | |
| | 32 | **2020 Estimated tax payments.** See instructions..................... ● | 32 | 800. |
| | 33 | 2020 Withholding (Form 592-B and/or 593). See instructions.............................. ● | 33 | |
| | 34 | Amount paid with extension of time to file tax return............. ● | 34 | |
| | 35 | Total payments. Add line 31 through line 34......................... ● | 35 | 800. |
| **Refund or Amount Due** | 36 | **Use tax. This is not a total line.** See instructions................. ● | 36 | |
| | 37 | Payments balance. If line 35 is more than line 36, subtract line 36 from line 35........ ● | 37 | 800. |
| | 38 | **Use tax balance.** If line 36 is more than line 35, subtract line 35 from line 36 .................. ● | 38 | |
| | 39 | **Franchise or income tax due.** If line 30 is more than line 37, subtract line 37 from line 30 ....... ● | 39 | 0. |
| | 40 | **Overpayment.** If line 37 is more than line 30, subtract line 30 from line 37 .................... ● | 40 | |
| | 41 | Amount of line 40 to be credited to 2021 estimated tax............ ● | 41 | |
| | 42 | **Refund.** Subtract line 41 from line 40. See instructions to have the refund directly deposited. | 42 | |

□ Checking
□ Savings

42a  ● Routing number _____   42b  ● Type _____   42c  ● Account number _____

43 a Penalties and interest............................................... ● | 43 a |
   b ● □ Check if estimate penalty computed using Exception B or C on form FTB 5806. See instructions.
44 **Total amount due.** Add line 38, line 39, line 41, and line 43a. Then, subtract line 40 from the result ............... ⊙ | 44 | 0. |

**Schedule Q Questions** *(continued from Page 1)*

**D**   If the corporation filed on a water's-edge basis pursuant to R&TC Sections 25110 and 25113 in previous years, enter the date the water's-edge election ended................................................... (mm/dd/yyyy) ● _____

**E**   Was the corporation's income included in a consolidated federal return?................................... ● □ Yes  ☒ No

**F**   Principal business activity code. (**Do not** leave blank):................................................ ● 541519

   Business activity  **CONSULTING** _____

   Product or service  **SOFTWARE DEVELOPMENT** _____

Schedule Q Questions *(continued on Page 3)*

Case: 22-30537   Doc# 1   Filed: 10/06/22   Entered: 10/06/22 14:06:27   Page 52 of 64

INTEGRATED MARKETING TECHNOLOGY, INC.     1861584

**G** Date incorporated (mm/dd/yyyy): **7/12/1993**     Where: ● State **CA**   Country _____

**H** Date business began in California or date income was first derived from California sources..... (mm/dd/yyyy) ● **7/12/1993**

**I** First return? ● [ ] Yes [X] No  If "Yes" and this corporation is a successor to a previously existing business, check the appropriate box.

● **(1)** [ ] Sole proprietorship  **(2)** [ ] Partnership  **(3)** [ ] Joint venture  **(4)** [ ] Corporation  **(5)** [ ] Other
(Attach statement showing name, address, and FEIN/SSN/ITIN of previous business.)

**J** "Doing business as" name. See instructions: . .
●

**K** At any time during the taxable year, was more than 50% of the voting stock:

**1** Of the corporation owned by any single interest?................................................................ ● [X] Yes [ ] No

**2** Of another corporation owned by this corporation?................................................................ [ ] Yes [X] No

**3** Of this and one or more other corporations owned or controlled, directly or indirectly, by the same interests?................................... [ ] Yes [X] No
If 1 or 3 is "Yes," enter the country of the ultimate parent
● **US**
If 1, 2, or 3 is "Yes," furnish a statement of ownership indicating pertinent names, addresses, and percentages of
stock owned. If the owner(s) is an individual, provide the SSN/ITIN and see FTB 1131, for more information.     **SEE STMT 1**

**L** Has the corporation included a reportable transaction or listed transaction within this return? (See instructions
for definitions)..................................................................................................... ● [ ] Yes [X] No
If "Yes," complete and attach federal Form 8886 for each transaction.

**M** Is this corporation apportioning or allocating income to California using Schedule R?.......................... ● [X] Yes [ ] No

**N** How many affiliates in the combined report are claiming immunity from taxation in California under Public Law 86-272?   ● _____

**O** Corporation headquarters are: ... ● **(1)** [X] Within California  **(2)** [ ] Outside of California, within the U.S.  **(3)** [ ] Outside of the U.S.

**P** Location of principal accounting records: **2269 CHESTNUT STREET 992     SAN FRANCISCO, CA 94123**

**Q** Accounting method: ● **(1)** [X] Cash  **(2)** [ ] Accrual  **(3)** [ ] Other

**R** Does this corporation or any of its subsidiaries have a Deferred Intercompany Stock Account (DISA)?................ [ ] Yes [X] No
If "Yes," enter the total balance of all DISAs........................................................... ● $ _____

**S** Is this corporation or any of its subsidiaries a RIC?............................................................ ● [ ] Yes [X] No

**T** Is this corporation treated as a REMIC for California purposes?................................................ ● [ ] Yes [X] No

**U** **1** Is this corporation a REIT for California purposes?............................................................ ● [ ] Yes [X] No

**2** If question U1 is "Yes," does the entity own any qualified REIT subsidiaries that are incorporated or qualified
with the California Secretary of State? If yes, see instructions.......................................... ● [ ] Yes [X] No

**V** Is this corporation an LLC or limited partnership electing to be taxed as a corporation for federal purposes?............ [ ] Yes [X] No
If "Yes," enter the effective date of the election (mm/dd/yyyy): _____

**W** Is this corporation to be treated as a credit union?.......................................................... ● [ ] Yes [X] No

**X** Is the corporation under audit by the IRS or has it been audited by the IRS in a prior year?.................. ● [ ] Yes [X] No

**Y** Have all required information returns (e.g. federal Forms 1099, 5471, 5472, 8300, 8865, etc.) been filed with the Franchise Tax Board?........ [ ] N/A [X] Yes [ ] No

**Z** Does the taxpayer (or any corporation of the taxpayer's combined group, if applicable) own 80% or more of the stock of an insurance company?........... [ ] Yes [X] No

**AA** Did the corporation file the federal Schedule UTP (Form 1120)?.............................................. ● [ ] Yes [X] No

**BB** Does any member of the combined report own an SMLLC or generate/claim credits that are attributable to an SMLLC? ● [ ] Yes [X] No

| | |
|---|---|
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |

Signature of officer ▶ _____   Title **SHAREHOLDER/OFFI**   Date _____   ● Telephone

Officer's email address (optional) _____   **415 699-2280**

| | |
|---|---|
| **Paid Preparer's Use Only** | Preparer's signature ▶ **MATTHEW M. NADBORALSKI**   Date _____   Check if self-employed ▶ [ ]   ● PTIN **P01443676** |

Firm's name (or yours, if self-employed) and address ▶ **LATHAM NADBORALSKI & LIN**   Firm's FEIN **46-4594968**
**1035 ALAMEDA DE LAS PULGAS**   ● Telephone
**BELMONT, CA 94002**   **650-592-6400**

May the FTB discuss this return with the preparer shown above? See instructions ...................... ● [X] Yes [ ] No

Case: 22-30537   Doc# 1   Filed: 10/06/22   Entered: 10/06/22 14:06:27   Page 53 of 64

INTEGRATED MARKETING TECHNOLOGY, INC.   1861584

**Schedule A**   **Taxes Deducted.** Use additional sheet(s) if necessary.

| (a)<br>Nature of tax | (b)<br>Taxing authority | (c)<br>Total amount | (d)<br>Nondeductible amount |
|---|---|---|---|
| SEE STATEMENT 2 | | 47,350. | 800. |
| **Total.** Enter total of column (c) on Schedule F, line 17, and total of column (d) on Page 1, line 2 or line 3. If the corporation uses California computation method to compute the net income, see instructions . . . . . . . . . . . . . . . . . . . . . | | 47,350. | 800. |

**Schedule F**   **Computation of Net Income.** See instructions.

<table>
<tr><td colspan="2">1 a)Gross receipts or gross sales. . . . . . . . . . 1,146,601.</td><td></td><td></td><td></td></tr>
<tr><td colspan="2">b)Less returns and allowance . . . . . . . . . . .           c)Balance . . . . . . . . . . . . . . . . . ●</td><td>1c</td><td>1,146,601.</td></tr>
<tr><td>2</td><td>Cost of goods sold. Attach federal Form 1125-A (California Schedule V). . . . . . . . . . . . . . . . . . . . ●</td><td>2</td><td></td></tr>
<tr><td>3</td><td>Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●</td><td>3</td><td>1,146,601.</td></tr>
<tr><td>4</td><td>Total dividends. Attach federal Schedule C, (California Schedule H (100)) . . . . . . . . . . . . . . . . . ●</td><td>4</td><td></td></tr>
<tr><td>5 a)</td><td>Interest on obligations of the United States and U.S. instrumentalities. . . . . . . . . . . . . . . . . . . . . ●</td><td>5a</td><td></td></tr>
<tr><td>b)</td><td>Other interest. Attach schedule. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●</td><td>5b</td><td></td></tr>
<tr><td>6</td><td>Gross rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●</td><td>6</td><td></td></tr>
<tr><td>7</td><td>Gross royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●</td><td>7</td><td></td></tr>
<tr><td>8</td><td>Capital gain net income. Attach federal Schedule D (California Schedule D) . . . . . . . . . . . . . . . . ●</td><td>8</td><td></td></tr>
<tr><td>9</td><td>Ordinary gain (loss). Attach federal Form 4797 (California Schedule D-1). . . . . . . . . . . . . . . . . . . ●</td><td>9</td><td></td></tr>
<tr><td>10</td><td>Other income (loss). Attach schedule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●</td><td>10</td><td></td></tr>
<tr><td>11</td><td><b>Total income.</b> Add line 3 through line 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●</td><td>11</td><td>1,146,601.</td></tr>
</table>

| | | | | |
|---|---|---|---|---|
| 12 | Compensation of officers. Attach federal Form 1125-E or equivalent schedule. . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | 12 | | |
| 13 | Salaries and wages (not deducted elsewhere). . . . . . . . . . . . ● | 13 | 630,951. | |
| 14 | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . ◉ | 14 | | |
| 15 | Bad debts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | 15 | | |
| 16 | Rents. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | 16 | 8,851. | |
| 17 | Taxes (California Schedule A). See instructions . . . . . . . . . . ● | 17 | 47,350. | |
| 18 | Interest. Attach schedule. . . . . . . . . . . . . . . . . . . . . . . . . . . ● | 18 | | |
| 19 | Charitable Contributions. Attach schedule. . . . . . . . . . . . . . . . . . . ● | 19 | | |
| 20 | Depreciation. Attach federal Form 4562 and FTB 3885 . . . ◉ | 20 | | |
| 21 | Less depreciation claimed elsewhere on return . . . . . . . . . ◉ 21a | | 21b | |
| 22 | Depletion. Attach schedule. . . . . . . . . . . . . . . . . . . . . . . . . . ● | 22 | | |
| 23 | Advertising. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ◉ | 23 | | |
| 24 | Pension, profit-sharing plans, etc. . . . . . . . . . . . . . . . . . . . . ◉ | 24 | | |
| 25 | Employee benefit plans . . . . . . . . . . . . . . . . . . . . . . . . . . . ◉ | 25 | 35,157. | |
| 26 a)| Total travel and entertainment. . . . . . . . . . . .  1,409. | | | |
| | b)Deductible amounts. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | 26b | 705. | |
| 27 | Other deductions. Attach schedule. . . . . **STATEMENT 3** . . . ● | 27 | 661,122. | |
| 28 | Specific deduction for organizations under R&TC Section 23701r or 23701t. See instructions. . . . . . . . . . . . . . . . . . . . . . . . . . ● | 28 | | |
| 29 | **Total deductions.** Add line 12 through line 28 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | 29 | | 1,384,136. |
| 30 | Net income before state adjustments. Subtract line 29 from line 11. Enter here and on Page 1, line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 30 | | -237,535. |

**Schedule J**   **Add-On Taxes and Recapture of Tax Credits.** See instructions.

| | | | |
|---|---|---|---|
| 1 | LIFO recapture due to S corporation election, IRC Sec. 1363(d) deferral: **$** | ● | 1 |
| 2 | Interest computed under the look-back method for completed long-term contracts (Attach form FTB 3834) . . . . . . . . . . . | ● | 2 |
| 3 | Interest on tax attributable to installment: **a** Sales of certain timeshares and residential lots. . . . . . . . . . . | ● | 3a |
| | **b** Method for nondealer installment obligations . . . . . . . . . . . . . . | ● | 3b |
| 4 | IRC Section 197(f)(9)(B)(ii) election. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ● | 4 |
| 5 | Credit recapture name: | ● | 5 |
| 6 | Combine line 1 through line 5, revise Page 2, line 39 or line 40, whichever applies, by this amount. Write "Schedule J" to the left of line 39 or line 40 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ● | 6 |

Case: 22-30537   Doc# 1   Filed: 10/06/22   Entered: 10/06/22 14:06:27   Page 54 of 64

INTEGRATED MARKETING TECHNOLOGY, INC.    1861584

## Schedule V    Cost of Goods Sold

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 |
| 2 | Purchases | 2 |
| 3 | Cost of labor | 3 |
| 4a | Additional IRC Section 263A costs. Attach schedule | 4a |
| b | Other costs. Attach schedule | 4b |
| 5 | Total. Add line 1 through line 4b | 5 |
| 6 | Inventory at end of year | 6 |
| 7 | Cost of goods sold. Subtract line 6 from line 5. Enter here and on Page 4, Schedule F, line 2 | 7 |

Method of inventory valuation ▶ _____

Was there any change in determining quantities, costs of valuations between opening and closing inventory?.............. ☐ Yes   ☐ No
If "Yes," attach an explanation.

Enter California seller's permit number, if any......................... ▶

Check if the LIFO inventory method was adopted this taxable year for any goods. If checked, attach federal Form 970.................... ☐

If the LIFO inventory method was used for this taxable year, enter the amount of closing inventory under LIFO.

Do the rules of IRC Section 263A (with respect to property produced or acquired for resale) apply to the corporation? ....... ☐ Yes   ☐ No

**The corporation may not be required to complete Schedules L, M-1, and M-2. See Schedule M-1 instructions for reporting requirements.**

## Schedule L    Balance Sheet

| | Beginning of taxable year | | End of taxable year | |
|---|---|---|---|---|
| **Assets** | (a) | (b) | (c) | (d) |
| 1 Cash | | 1,534. | | 227,273. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 Federal and state government obligations | | | | |
| 5 Other current assets. Attach schedule(s) | SEE STM 4 | 389,191. | | 42,433. |
| 6 Loans to stockholders/officers. Attach schedule | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments. Attach schedule(s) | | | | |
| 9a Buildings and other fixed depreciable assets | 59,300. | | 59,300. | |
| b Less accumulated depreciation | 59,299. | 1. | 59,299. | 1. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | 1,200. | | 1,200. | |
| b Less accumulated amortization | 1,200. | | 1,200. | |
| 13 Other assets. Attach schedule(s) | SEE STM 5 | 3,195. | | 11,290. |
| 14 Total assets | | 393,921. | | 280,997. |
| **Liabilities and Stockholders' Equity** | | | | |
| 15 Accounts payable | | 5,529. | | 5,529. |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities. Attach schedule(s) | SEE STM 6 | 131,105. | | 132,230. |
| 18 Loans from stockholders. Attach schedule(s) | | 124,367. | | 124,367. |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities. Attach schedule(s) | SEE STM 7 | -1,098. | | -1,098. |
| 21 Capital stock: a Preferred stock | | | | |
| b Common stock | 56,035. | 56,035. | 56,035. | 56,035. |
| 22 Paid-in or capital surplus. Attach reconciliation | | | | |
| 23 Retained earnings — Appropriated. Attach schedule | | | | |
| 24 Retained earnings — Unappropriated | | 77,983. | | -36,066. |
| 25 Adjustments to shareholders' equity. Att sch | | | | |
| 26 Less cost of treasury stock | | | | |
| 27 Total liabilities and stockholders' equity | | 393,921. | | 280,997. |

INTEGRATED MARKETING TECHNOLOGY, INC.    1861584

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return.
If the corporation **completed** federal **Schedule M-3 (Form 1120/1120-F)**, see instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income per books. . . . . . . . . . . . . . . . . . . . . . ● | **-114,049.** | 7 | Income recorded on books this year not included in this return (itemize) | |
| 2 | Federal income tax . . . . . . . . . . . . . . . . . . . . . . | | a | Tax-exempt interest  $ | |
| 3 | Excess of capital losses over capital gains . . . . . ● | | b | Other. . . . **STMT  8**  $   **124,190.** | |
| 4 | Taxable income not recorded on books this year (itemize) | | c | Total. Add line 7a and line 7b. . . . . ● | **124,190.** |
| | _____ ● | | 8 | Deductions in this return not charged against book income this year (itemize) | |
| 5 | Expenses recorded on books this year not deducted in this return (itemize) | | a | Depreciation. . . . . . .  $ | |
| a | Depreciation. . . . . . . . . . . . . . .  $ | | b | State tax refunds. . .  $ | |
| b | State taxes. . . . . . . . . . . . . . . . .  $ | | c | Other. . . . . . . . . . .  $ | |
| c | Travel and entertainment. . . . .  $          704. | | d | Total. Add line 8a through line 8c . . . . . . . . ● | |
| d | Other. . . . . . . . . . . . . . . . . . . . .  $ | | 9 | Total. Add line 7c and line 8d. . . . . ◉ | **124,190.** |
| e | Total. Add line 5a through line 5d. . . . . . . . . . . . . ● | **704.** | 10 | Net income per return. Subtract line 9 from line 6. | **-237,535.** |
| 6 | Total. Add line 1 through line 5e. . . . . . . . . . . . . . | **-113,345.** | | | |

## Schedule M-2    Analysis of Unappropriated Retained Earnings per Books (Page 5, Schedule L, line 24)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . . . . . . . . . . . . . . . ● | **77,983.** | 5 | Distributions:    a Cash. . . . . . . . . . . ● | |
| 2 | Net income per books. . . . . . . . . . . . . . . . . . . . . ● | **-114,049.** | | b Stock. . . . . . . . . ● | |
| 3 | Other increases (itemize). . . . . . . . _____ | | | c Property. . . . . . . . ● | |
| | _____ | | 6 | Other decreases (itemize) | |
| | _____ | | | _____ ● | |
| | _____ ● | | 7 | Total. Add line 5 and line 6 . . . . . . . . . | |
| | | | 8 | Balance at end of year. Subtract line 7 from line 4. . . . . . . . . . . . . . . . . . . | **-36,066.** |
| 4 | Total. Add line 1 through line 3 . . . . . . . . . . . . . . . . | **-36,066.** | | | |

## Schedule D    California Capital Gains and Losses

**Part I    Short-Term Capital Gains and Losses — Assets Held One Year or Less.** Use additional sheet(s) if necessary.

| | (a) Kind of property and description (Example, 100 shares of Z Co.) | (b) Date acquired (mm/dd/yyyy) | (c) Date sold (mm/dd/yyyy) | (d) Gross sales price | (e) Cost or other basis plus expense of sale | (f) Gain (loss) (d) less (e) |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 2 | Short-term capital gain from installment sales from form FTB 3805E, line 26 or line 37. . . . . . . . . . . . . . . . . . ◉ | 2 | |
| 3 | Unused capital loss carryover from 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ◉ | 3 | |
| 4 | Net short-term capital gain (loss). Combine line 1 through line 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | 4 | |

**Part II  Long-Term Capital Gains and Losses — Assets Held More Than One Year.** Use additional sheet(s) if necessary.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 6 | Enter gain from Schedule D-1, line 9 and/or any capital gain distributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ◉ | 6 | |
| 7 | Long-term capital gain from installment sales from form FTB 3805E, line 26 or line 37. . . . . . . . . . . . . . . . . . ◉ | 7 | |
| 8 | Net long-term capital gain (loss). Combine line 5 through line 7. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | 8 | |
| 9 | Enter excess of net short-term capital gain (line 4) over net long-term capital loss (line 8). . . . . . . . . . . . . . . . . . | 9 | |
| 10 | Net capital gain. Enter excess of net long-term capital gain (line 8) over net short-term capital loss (line 4). . . . | 10 | |
| 11 | Total lines 9 and 10. Enter here and on Form 100, Page 1, line 5. If losses exceed gains, carry forward losses to 2021. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |

Case: 22-30537   Doc# 1   Filed: 10/06/22   Entered: 10/06/22 14:06:27   Page 56 of 64

CALIFORNIA SCHEDULE

**R**

## Apportionment and Allocation of Income

Attach this schedule behind the California tax return and prior to the supporting schedules.

For calendar year 2020 or fiscal year beginning month (mm/dd/yyyy) , and ending (mm/dd/yyyy) .

Name as shown on your California tax return.

**INTEGRATED MARKETING TECHNOLOGY, INC.**

SSN, ITIN, FEIN, CA corp no., or CA SOS file no.

**1861584**

**Water's-Edge Filers Only: If controlled foreign corporations are included in the combined report, attach form FTB 2416.**

**Complete Schedule R (Page 1 and Page 2) and all applicable Schedules (R-1 through R-7). See General Information for Schedule R.**

| | | | | |
|---|---|---|---|---|
| **1 a** Net income (loss) after state adjustments from Form 100 or Form 100W, Page 2, line 17; Form 100S, Page 2, line 14; Form 100X, line 4. Form 565 and Form 568 filers: Enter the total of line 1 through line 11c from Schedule K (565 or 568) less the total of line 12 through line 13e from Schedule K (565 or 568) . ● | **1a** | **–236,735.** |
| **b** Water's-edge foreign investment interest offset from form FTB 2424, line 17. . . . . . . . . . . . . . . . . . . . . . . . ● | **1b** | |
| **c** Total. Combine line 1a and line 1b. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | **1c** | **–236,735.** |

**Nonbusiness Income (Loss) from All Sources.** See General Information A for definitions and examples.

| | | | |
|---|---|---|---|
| **2** Dividends included on line 1a and not deducted on Form 100, Page 2, line 11; Form 100W, Page 2, lines 11a/b; or Form 100S, Page 2, lines 9 and 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | **2** | |
| **3** Interest. Attach schedule. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | **3** | |
| **4** Net income (loss) from the rental of property from Schedule R-3, line 3, column (c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | **4** | |
| **5** Royalties. Attach schedule. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | **5** | |
| **6** Gain (loss) from the sale of assets from Schedule R-4, line 2, column (e) . . . . ● | **6** | |
| **7** Gain (loss) from sale of a nonbusiness interest in a partnership or LLC. Attach schedule . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | **7** | |
| **8** Miscellaneous nonbusiness income (loss). Attach schedule . . . . . . . . . . . . . . . ● | **8** | |
| **9** Total nonbusiness income (loss). Combine line 2 through line 8 . . . . . . . . . . . . . . . . . . . . . . . . ● | **9** | |

**Business Income (Loss) before Apportionment** (subject to a separate apportionment formula)

| | | | |
|---|---|---|---|
| **10** Nonunitary partnership or LLC business income (loss). . . . . . . . . . . . . . . . . . . ● | **10** | |
| **11** Income (loss) from a separate trade or business. Attach supplemental Schedule R. . . . . . . . . . . . . ● | **11** | |
| **12** Business income (loss) deferred from prior years. See General Information L. ● | **12** | |
| **13** Capital gain (loss) netting subject to separate apportionment. See General Information M . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | **13** | |
| **14** Total separately apportionable business income (loss). Combine line 10 through line 13. . . . . . . . . . . . . . ● | **14** | |
| **15** Total business income (loss) subject to apportionment for this trade or business, subtract the sum of line 9 and line 14 from line 1c. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | **15** | **–236,735.** |
| **16** Interest offset from Schedule R-5, line 7 or line 16 (California domiciliaries only). . . . . . . . . . . . . . . . . . . . . . ● | **16** | |
| **17** Business income (loss) for this trade or business subject to apportionment. Combine line 15 and line 16 . . ● | **17** | **–236,735.** |
| **18 a** Apportionment percentage from Schedule R-1, Part A, line 2 or Part B, line 5 . . . . . . . . . . . . . . . . . . . . ● | **18a** | **100.0000 %** |
| **b** Business income (loss) apportioned to California. Multiply line 17 by line 18a. . . . . . . . . . . . . . . . . . . . . . ● | **18b** | **–236,735.** |

**Nonbusiness Income (Loss) Allocable to California.** If no income (loss) is allocable to California, **do not** complete line 19 through line 26, enter -0- on line 27 and go to Page 2, line 28.

| | | | |
|---|---|---|---|
| **19** Dividends and interest income (if taxpayer's commercial domicile is in California): | | |
| **a** Dividends included in line 2 above . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | **19a** | |
| **b** Interest included in line 3 above . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | **19b** | |
| **20** Net income (loss) from the rental of property within California from Schedule R-3, line 3, column (b). . . . . . ● | **20** | |
| **21** Royalties. Attach schedule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | **21** | |
| **22** Gain (loss) from the sale of assets with California from Schedule R-4, line 2, total of column (b) and column (d). Combined reporting groups, see General Information M . . . . . . . . . . . . . . . . . . . . . . . . . . ● | **22** | |
| **23** Gain (loss) from sale of a nonbusiness interest in a partnership or LLC. Attach schedule . . . . . . . . . . . . . ● | **23** | |
| **24** Miscellaneous nonbusiness income (loss). Attach schedule. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | **24** | |
| **25** Total nonbusiness income (loss) allocable to California. Combine line 19a through line 24. . . . . . . . . . . . . ● | **25** | |
| **26** Interest offset from line 16 allocated to income included on line 19a and line 19b (California domiciliary only). See General Information J . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | **26** | |
| **27** Net nonbusiness income (loss) allocable to California. Subtract line 26 from line 25 . . . . . . . . . . . . . . . . ● | **27** | **0.** |

Case: 22-30537    Doc# 1    Filed: 10/06/22    Entered: 10/06/22 14:06:27    Page 57 of 64

**California Business Income (Loss)** subject to a separate apportionment formula.

| | | | |
|---|---|---|---|
| 28 | California business income (loss) from a nonunitary partnership or LLC . . . . . . ● | 28 | |
| 29 | California income (loss) from a separate trade or business. Attach supplemental schedule R. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | 29 | |
| 30 | California business income (loss) deferred from prior years. See General Information L . . . . . . . . ● | 30 | |
| 31 | Total business income (loss) separately apportioned to California. Combine line 28 through line 30 . . . . . . ● | 31 | |

**Net Income (Loss) for California Purpose**

| | | | |
|---|---|---|---|
| 32 | Post-apportioned and allocated amounts from capital gain (loss) netting. See General Information M. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | 32 | |
| 33 | Net income (loss) for California purposes before contributions adjustment. Combine lines 18b, 27, 31, and 32. . . . . . . . . . . . . . . . . . ● | 33 | −236,735. |
| 34 | Contributions adjustment from Schedule R-6, line 15. . . . . . . . . . . . . . . . . . . . . . . . . . ● | 34 | |
| 35 | Net income (loss) for California purposes. Combine line 33 and line 34. Enter here and on Form 100 or Form 100W, Page 2, line 18 or Form 100S, Page 2, line 15. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | 35 | −236,735. |

**Complete the applicable
Schedules R-1 through R-7,
starting on Page 3.**

**Schedule R-1** Apportionment Formula.

**Part A Standard Method – Single-Sales Factor Formula.** Complete this part only if the corporation uses the single-sales factor formula.

| See General Information G and Specific Instructions. | (a) Total within and outside California | (b) Total within California | (c) Percent within California [(b)÷(a)] x 100 |
|---|---|---|---|
| **1 Sales:** Gross receipts, less returns, and allowances . . . . . . . . . . . | 1,146,601. | | |
| a Sales delivered or shipped to California purchasers. | | | |
| (i) Shipped from outside California. | | | |
| (ii) Shipped from within California . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,146,601. | |
| b Sales shipped from California to: | | | |
| (i) The United States Government . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| (ii) Purchasers in a state where the taxpayer is not taxable. | | ● | |
| c Total other gross receipts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ● | | |
| (i) Sales from services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | ● | |
| (ii) Sales or other income from intangibles . . . . . . . . . . . . . . . | | ● | |
| (iii) Sales from rental, leasing or licensing of tangible or real property. | | ● | |
| (iv) Sales from other gross receipts . . . . . . . . . . . . . . . . . . . . . . | | ● | |
| d Sales from partnerships or LLCs treated as partnerships . . . . . | ● | ● | |
| **Total sales.** | ● 1,146,601. | ● 1,146,601. | |
| **2 Apportionment percentage.** Divide total sales column (b) by total sales column (a) and multiply the result by 100. Enter the result here and on Schedule R, Page 1, line 18a. See General Information H . . . . . . . . . . . . . . . . | | | ● 100.0000 % |

**Part B Three-Factor Formula.** Complete this part only if the corporation uses the three-factor formula.

| | (a) Total within and outside California | (b) Total within California | (c) Percent within California [(b)÷(a)] x 100 |
|---|---|---|---|
| **1 Property:** Use the average yearly value of owned real and tangible personal property used in the business at original cost. See General Information E. Exclude property not connected with the business and the value of construction in progress. | | | |
| Inventory. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Buildings. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Machinery and equipment (including delivery equipment). . . . . . | | | |
| Furniture and fixtures. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Land. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Other tangible assets. Attach schedule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Rented property used in the business. See General Information E . . . . . . . . . . | | | |
| **Total property.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ● | ● | ● % |
| **2 Payroll:** Use employee wages, salaries, commissions, and other compensation related to business income. See General Information F. | | | |
| **Total payroll.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ● | ● | ● % |
| **3 Sales:** Gross receipts, less returns, and allowances. See General Information G and Specific Instructions . . . . . . . . . . . . . | | | |
| a Sales delivered or shipped to California purchasers. | | | |
| (i) Shipped from outside California . . . . . . . . . . . . . . . . . . . . . | | | |
| (ii) Shipped from within California. . . . . . . . . . . . . . . . . . . . . . . | | | |
| b Sales shipped from California to: | | | |
| (i) The United States Government . . . . . . . . . . . . . . . . . . . . . . | | | |
| (ii) Purchasers in a state where the taxpayer is not taxable . . . | | | |
| c Total other gross receipts . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ● | ● | |
| **Total sales.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ● | ● | ● % |
| **4 Total percent.** Add the percentages in column (c) . . . . . . . . . . . . | | | ● % |
| **5 Apportionment percentage.** Divide line 4 by 3, enter the result here and on Schedule R, Page 1, line 18a. See General Information H. . . . . . . . . . . . . . . | | ● | ● % |

Name as shown on your California tax return.                                SSN, ITIN, FEIN, CA corp no., or CA SOS file no.

INTEGRATED MARKETING TECHNOLOGY, I                                          1861584

## Schedule R-2  Sales and General Questionnaire. Attach additional sheets if necessary.

**1** Describe briefly the nature and location(s) of the California business activities.  **CONSULTING & SOFTWARE 2269 CHESTNUT STREET 922, SAN FRANCISCO, CA 94123**

**2** State the exact title and principal business activity of all joint ventures, partnerships, or LLCs in which the corporation has an interest:  **NONE**

**3** Does the California sales figure on Schedule R-1 (or a comparable schedule in a combined report) include all sales shipped from California where the purchaser is the U.S. Government?

☐ Yes  ☐ No  If "No," explain.  **N/A**

**4** Does the California sales figure on Schedule R-1 (or a comparable schedule in a combined report) include all sales shipped from California to states in which the taxpayer is not subject to tax? See General Information G and Specific Instructions.

☐ Yes  ☐ No  If "No," explain.  **N/A**

**5** **a)** Did the taxpayer use reasonable approximation to assign sales under Schedule R-1, Part A, line 1c (i)-(iv)?.. ● ☐ Yes  ☐ No
If "Yes," provide a brief description.

**b)** Did the taxpayer change reasonable approximation method to assign sales from the last tax return filed? See Specific Instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No
If "Yes," provide a brief description of the new method.

**6** Are the nonbusiness items reported on Schedule R, Page 1, line 2 through line 8, and the apportionment factor items reported on Schedule R-1 treated consistently on all state tax returns filed by the taxpayer?

☒ Yes  ☐ No  If "No," explain.

**7** Has this corporation or any member of its combined unitary group changed the way income is apportioned or allocated to California from prior year tax returns? See General Information I.

☐ Yes  ☒ No  If "Yes," explain.

**8** Does the California sales figure on Schedule R-1 (or a comparable schedule in a combined report) include all sales shipped to California destinations?

☒ Yes  ☐ No  If "No," indicate the name of the selling member and the nature of the sales activity believed to be immune.

**9** Does the California sales figure on Schedule R-1 (or a comparable schedule in a combined report) include all sales delivered to customers outside California which have an ultimate destination in California?

☒ Yes  ☐ No  If "No," explain.

## Schedule R-3  Net Income (Loss) from the Rental of Nonbusiness Property

|  | (a) Total outside California | (b) Total within California | (c) Total outside and within California (a) + (b) |
|---|---|---|---|
| **1** Income from rents. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |  |
| **2** Rental deductions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |  |
| **3** Net income (loss) from rents. Subtract line 2 from line 1. Enter the result here and enter column (c) on Page 1, line 4; enter column (b) on Page 1, line 20. . . . . . . . . . . . . . . . . . . . . . . . . |  | ◉ | ◉ |

## Schedule R-4  Gain (Loss) from the Sale of Nonbusiness Assets

California sales of nonbusiness assets include transactions involving: (1) real property located in California; (2) tangible personal property, if it had a situs in California at the time of sale, or if the corporation is commercially domiciled in California and not taxable in the state where the property had a situs at the time of sale; and (3) intangible personal property if the corporation's commercial domicile is in California or the income is otherwise allocable to California.

| Description of property sold | Real estate and other tangible assets | | Intangible assets | | Total |
|---|---|---|---|---|---|
|  | (a) Gain (loss) from outside California | (b) Gain (loss) from within California | (c) Gain (loss) from outside California | (d) Gain (loss) from within California | (e) Gain (loss) (a) + (b) + (c) + (d) |
| **1** | ◉ | ◉ | ◉ | ◉ | ◉ |
|  | ◉ | ◉ | ◉ | ◉ | ◉ |
|  | ◉ | ◉ | ◉ | ◉ | ◉ |
|  | ◉ | ◉ | ◉ | ◉ | ◉ |
| **2** Total gain (loss). . . . . . . . . . . . . . . . . . | ◉ | ◉ | ◉ | ◉ | ◉ |

Enter total gain (loss) line 2, column (e) on Page 1, line 6 and enter total of line 2, columns (b) and (d) on Page 1, line 22 . . . . . . . . . . . . . . . . . . . . . . .

Case: 22-30537   Doc# 1   Filed: 10/06/22   Entered: 10/06/22 14:06:27   Page 60 of 64

**INTEGRATED MARKETING TECHNOLOGY, INC.**

**1861584**

## Schedule R-5

**Computation of Interest Offset.** Complete only if there are entries on line 2 and/or line 3 of Schedule R and if Schedule R-1 is required. See General Information J. **(California domiciliary only)**

| | | | | |
|---|---|---|---|---|
| 1 | Total interest expense deducted.................................... | **1** | | |
| 2 | Water's-edge foreign investment interest offset from Page 1, line 1b........... | **2** | | |
| 3 | Balance. Subtract line 2 from line 1................................ | **3** | | |
| 4 | Total interest income (Form 100 or Form 100W, Page 1, line 4 and Schedule F, line 5a and line 5b; or Form 100S, Page 1, line 3 and interest income included on Schedule F, line 5 or Schedule K, line 4).......................... | **4** | | |
| 5 | Nonbusiness interest income from Page 1, line 3...................... | **5** | | |
| 6 | Business interest income. Subtract line 5 from line 4..................... | | **6** | |
| 7 | Excess interest expense over business interest income. Subtract line 6 from line 3. If line 6 exceeds line 3, enter -0- here and on Page 1, line 16, and **do not** complete the rest of this schedule............ ⊙ | | **7** | |
| 8 | Total dividend income........................................ | **8** | | |
| 9 | Deducted dividends from Form 100, Page 2, lines 10 and 11; Form 100W, Page 2, lines 10 and 11a/b; or Form 100S, Page 2, lines 9 and 10............. | **9** | | |
| 10 | Net dividend income. Subtract line 9 from line 8..................... | | **10** | |
| 11 | Business dividend income..................................... | **11** | | |
| 12 | Deducted dividends from Form 100, Page 2, lines 10 and 11; Form 100W, Page 2, lines 10 and 11a/b; or Form 100S, Page 2, lines 9 and 10, attributable to business dividends.......................................... | **12** | | |
| 13 | Net business dividend income. Subtract line 12 from line 11.............. | | **13** | |
| 14 | Net nonbusiness dividend income. Subtract line 13 from line 10............. | | **14** | |
| 15 | Total nonbusiness interest and dividend income. Add line 5 and line 14....... | | **15** | |
| 16 | Enter the lesser of line 7 or line 15. Enter here and on Page 1, line 16....... ⊙ | | **16** | |

If interest and/or dividend income is reported on Page 1, line 19a or line 19b, enter the allocable portion of Schedule R-5, line 16 on Page 1, line 26. See General Information J. If no interest or dividend income is reported on Page 1, line 19a or line 19b, **do not** deduct any interest expense on Page 1, line 26.

## Schedule R-6   Contributions Adjustment. See General Information N.

| | | | |
|---|---|---|---|
| 1 | Total contributions paid (current year and carryover amount)................. | **1** | |
| 2 | Net income (loss) after state adjustments from Side 1, line 1c.................. | **2** | |
| 3 | Portion of dividends deductible under R&TC Sections 24410 and 24411 (from Form 100, Page 2, line 11; Form 100W, lines 11a/b; or Form 100S, lines 9 and 10), and other adjustments. See General Information N.......................................... | **3** | |
| 4 | Contributions deducted on Form 100, Form 100W, or Form 100S................. | **4** | |
| 5 | Total. Add line 2 through line 4. If zero or less, enter -0-................... | **5** | |
| 6 | Multiply line 5 by 10% (.10)....................................... | **6** | |
| 7 | Net income (loss) for state purposes before contributions adjustment from Page 2, line 33 ........... | **7** | |
| 8 | Business dividends deductible on line 3 multiplied by the average apportionment percentage from Schedule R-1, Part A, line 2 or Part B, line 5................................ | **8** | |
| 9 | Amount of line 3 attributable to nonbusiness dividends reported on Page 1, line 19a.......... | **9** | |
| 10 | Contributions deducted (from line 4 above) multiplied by the average apportionment percentage from Schedule R-1, Part A, line 2 or Part B, line 5................................ | **10** | |
| 11 | Total. Add line 7 through line 10. If zero or less, enter -0-................... | **11** | |
| 12 | Multiply line 11 by 10% (.10)...................................... | **12** | |
| **Contributions Adjustment** | | | |
| 13 | Enter the amount shown on line 10................................. | **13** | |
| 14 | Amount of contributions allowable: | | |
| | **a** If line 1 equals or exceeds line 6, enter the lesser of line 1 or line 12 ............ | **14a** | |
| | **b** If line 1 is less than line 6, divide line 11 by line 5. Then multiply line 1 by the result and enter here ....... | **14b** | |
| 15 | Contributions adjustment. Subtract line 14a or line 14b from line 13. Enter here and on Page 2, line 34. If the result is a negative amount, enter in brackets.................... ⊙ | **15** | |

**Net Operating Loss (NOL) Computation and
NOL and Disaster Loss Limitations — Corporations**

CALIFORNIA FORM
**3805Q**

Attach to Form 100, Form 100W, Form 100S, or Form 109.

Corporation name
**INTEGRATED MARKETING TECHNOLOGY, INC.**

California corporation number
**1861584**

During the taxable year the corporation incurred the NOL, the corporation was a(n): ⊙ ☒ C corporation

⊙ ☐ S corporation   ⊙ ☐ Exempt organization   ⊙ ☐ Limited liability company (electing to be taxed as a corporation)

FEIN
**68-0307864**

If the corporation previously filed California tax returns under another corporate name, enter the corporation name and California corporation number:
⊙

**If the corporation is included in a combined report of a unitary group, see instructions, General Information C, Combined Reporting.**

## Part I    Current year NOL. If the corporation does not have a current year NOL, go to Part II.

| | | |
|---|---|---:|
| 1 | Net loss from Form 100, line 18; Form 100W, line 18; Form 100S, line 15; or Form 109, line 2. Enter as a positive number ................................................ 1 | 236,735. |
| 2 | 2020 disaster loss included in line 1. Enter as a positive number ............................ 2 | |
| 3 | Subtract line 2 from line 1. If zero or less, enter -0- and see instructions ...................... 3 | 236,735. |
| 4a | Enter the amount of the loss incurred by a new business included in line 3 ............ **4a** | |
| b | Enter the amount of the loss incurred by an eligible small business included in line 3 ... **4b** | |
| c | Add line 4a and line 4b. ...................................................... 4c | |
| 5 | General NOL. Subtract line 4c from line 3 ........................................ 5 | 236,735. |
| 6 | Current year NOL. Add line 2, line 4c, and line 5. See instructions .................... ⊙6 | 236,735. |

## Part II    NOL carryover and disaster loss carryover limitations. See instructions.

| | (g) Available balance |
|---|---|
| 1  Net income — Enter the amount from Form 100, line 18; Form 100W, line 18; Form 100S, line 15 less line 16; or Form 109, line 2; (but not less than -0-) **If the corporation taxable income is $1,000,000 or more, see instructions.** ⊙ | |

**Prior Year NOLs**

| (a) Year of loss | (b) Code — See instructions | (c) Type of NOL — See below* | (d) Initial loss — See instructions | (e) Carryover from 2019 | (f) Amount used in 2020 | | (h) Carryover to 2021 col. (e) minus col. (f) |
|---|---|---|---|---|---|---|---|
| 2 ⊙2019 | | GEN | 10,563. ⊙ | 10,563. | 0. | 0. ⊙ | 10,563. |
| ⊙ | | | ⊙ | | | ⊙ | |
| ⊙ | | | ⊙ | | | ⊙ | |
| ⊙ | | | ⊙ | | | ⊙ | |

**Current Year NOLs**

| | | | | | | | col. (d) minus col. (f) See instructions |
|---|---|---|---|---|---|---|---|
| 3  2020 | | DIS | | | | | |
| 4  2020 | | GEN | 236,735. | | | | 236,735. |
| 2020 | | | | | | | |
| 2020 | | | | | | | |
| 2020 | | | | | | | |

**\*Type of NOL:** General (GEN), New Business (NB), Eligible Small Business (ESB), or Disaster (DIS).

## Part III  2020 NOL deduction

| | | |
|---|---|---:|
| 1 | Total the amounts in Part II, line 2, column (f) .......................................... ⊙1 | 0. |
| 2 | Enter the total amount from line 1 that represents disaster loss carryover deduction here and on Form 100, line 21; Form 100W, line 21; or Form 100S, line 19. Form 109 filers enter -0- ............................... 2 | 0. |
| 3 | Subtract line 2 from line 1. Enter the result here and on Form 100, line 19; Form 100W, line 19; Form 100S, line 17; or Form 109, line 7 ............................................... ⊙3 | 0. |

CACA3301L  12/15/20        059        7521204                                FTB 3805Q  2020

| TAXABLE YEAR | Net Operating Loss (NOL) Computation and | CALIFORNIA FORM |
|---|---|---|
| 2020 | NOL and Disaster Loss Limitations — Corporations | 3805Q |

Attach to Form 100, Form 100W, Form 100S, or Form 109.

| Corporation name | California corporation number |
|---|---|
| INTEGRATED MARKETING TECHNOLOGY, INC. | 1861584 |

During the taxable year the corporation incurred the NOL, the corporation was a(n): ⊙ [X] C corporation

FEIN: 68-0307864

⊙ ☐ S corporation    ⊙ ☐ Exempt organization    ⊙ ☐ Limited liability company (electing to be taxed as a corporation)

If the corporation previously filed California tax returns under another corporate name, enter the corporation name and California corporation number:

⊙ _____

**If the corporation is included in a combined report of a unitary group, see instructions, General Information C, Combined Reporting.**

## Part I    Current year NOL. If the corporation does not have a current year NOL, go to Part II.

| | | |
|---|---|---|
| 1 | Net loss from Form 100, line 18; Form 100W, line 18; Form 100S, line 15; or Form 109, line 2. Enter as a positive number. | 1   236,735. |
| 2 | 2020 disaster loss included in line 1. Enter as a positive number. | 2 |
| 3 | Subtract line 2 from line 1. If zero or less, enter -0- and see instructions. | 3   236,735. |
| 4a | Enter the amount of the loss incurred by a new business included in line 3 . . . . . . . . . . . 4a | |
| b | Enter the amount of the loss incurred by an eligible small business included in line 3 . . . 4b | |
| c | Add line 4a and line 4b. | 4c |
| 5 | General NOL. Subtract line 4c from line 3 | 5   236,735. |
| 6 | Current year NOL. Add line 2, line 4c, and line 5. See instructions. | ⊙6   236,735. |

## Part II    NOL carryover and disaster loss carryover limitations. See instructions.

| | (g) Available balance |
|---|---|
| 1   Net income — Enter the amount from Form 100, line 18; Form 100W, line 18; Form 100S, line 15 less line 16; or Form 109, line 2; (but not less than -0-) **If the corporation taxable income is $1,000,000 or more, see instructions.** ⊙ | |

**Prior Year NOLs**

| (a) Year of loss | (b) Code — See instructions | (c) Type of NOL — See below* | (d) Initial loss — See instructions | (e) Carryover from 2019 | (f) Amount used in 2020 | | (h) Carryover to 2021 col. (e) minus col. (f) |
|---|---|---|---|---|---|---|---|
| 2 ⊙2019 | | GEN | 10,563. | ⊙ 10,563. | 0. | 0. | ⊙ 10,563. |
| ⊙ | | | | ⊙ | | | ⊙ |
| ⊙ | | | | ⊙ | | | ⊙ |
| ⊙ | | | | ⊙ | | | ⊙ |

**Current Year NOLs**

| | | | | | | | col. (d) minus col. (f) See instructions. |
|---|---|---|---|---|---|---|---|
| 3   2020 | | DIS | | | | | |
| 4   2020 | | GEN | 236,735. | | | | 236,735. |
| 2020 | | | | | | | |
| 2020 | | | | | | | |
| 2020 | | | | | | | |

*Type of NOL: General (GEN), New Business (NB), Eligible Small Business (ESB), or Disaster (DIS).

## Part III    2020 NOL deduction

| | | |
|---|---|---|
| 1 | Total the amounts in Part II, line 2, column (f) | ⊙1 |
| 2 | Enter the total amount from line 1 that represents disaster loss carryover deduction here and on Form 100, line 21; Form 100W, line 21; or Form 100S, line 19. Form 109 filers enter -0- | 2 |
| 3 | Subtract line 2 from line 1. Enter the result here and on Form 100, line 19; Form 100W, line 19; Form 100S, line 17; or Form 109, line 7 | ⊙3 |

**Corporation Depreciation and Amortization**

CALIFORNIA FORM

**3885**

**FORM 100**

| Corporation name | California corporation number |
|---|---|
| INTEGRATED MARKETING TECHNOLOGY, INC. | 1861584 |

**Part I  Election To Expense Certain Property Under IRC Section 179**

| | | | |
|---|---|---|---|
| 1 | Maximum deduction under IRC Section 179 for California. | 1 | |
| 2 | Total cost of IRC Section 179 property placed in service. | 2 | |
| 3 | Threshold cost of IRC Section 179 property before reduction in limitation. | 3 | 200,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0-. | 4 | 0. |
| 5 | Dollar limitation for taxable year. Subtract line 4 from line 1. If zero or less, enter -0- | 5 | 0. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property (elected IRC Section 179 cost) | 7 | | |
| 8 | Total elected cost of IRC Section 179 property. Add amounts in column (c), line 6 and line 7. | | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | 9 | |
| 10 | Carryover of disallowed deduction from prior taxable years | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | | 11 | |
| 12 | IRC Section 179 expense deduction. Add line 9 and line 10, but do not enter more than line 11 | | 12 | |
| 13 | Carryover of disallowed deduction to 2021. Add line 9 and line 10, less line 12 | 13 | | |

**Part II  Depreciation and Election of Additional First Year Depreciation Deduction Under R&TC Section 24356**

| 14 | (a) Description of property | (b) Date acquired (mm/dd/yyyy) | (c) Cost or other basis | (d) Depreciation allowed or allowable in earlier years | (e) Depreciation method | (f) Life or rate | (g) Depreciation for this year | (h) Additional first year depreciation |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | | |
|---|---|---|---|
| 15 | Add the amounts in column (g) and column (h). The total of column (h) may not exceed $2,000. See instructions for line 14, column (h). | 15 | |

**Part III  Summary**

| | | | |
|---|---|---|---|
| 16 | Total: If the corporation is electing: IRC Section 179 expense, add the amount on line 12 and line 15, column (g) **or** Additional first year depreciation under R&TC Section 24356, add the amounts on line 15, columns (g) and (h) **or** Depreciation (if no election is made), enter the amount from line 15, column (g). | 16 | 0. |
| 17 | Total depreciation claimed for federal purposes from federal Form 4562, line 22 | 17 | 0. |
| 18 | Depreciation adjustment. If line 17 is greater than line 16, enter the difference here and on Form 100 or Form 100W, Side 1, line 6. If line 17 is less than line 16, enter the difference here and on Form 100 or Form 100W, Side 2, line 12. (If California depreciation amounts are used to determine net income before state adjustments on Form 100 or Form 100W, no adjustment is necessary.) | 18 | |

**Part IV  Amortization**

| 19 | (a) Description of property | (b) Date acquired (mm/dd/yyyy) | (c) Cost or other basis | (d) Amortization allowed or allowable in earlier years | (e) R&TC Section (see instr) | (f) Period or percentage | (g) Amortization for this year |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| 20 | Total. Add the amounts in column (g). | 20 | |
| 21 | Total amortization claimed for federal purposes from federal Form 4562, line 44 | 21 | |
| 22 | Amortization adjustment. If line 21 is greater than line 20, enter the difference here and on Form 100 or Form 100W, Side 1, line 6. If line 21 is less than line 20, enter the difference here and on Form 100 or Form 100W, Side 2, line 12. | 22 | 0. |